IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA

| | | |
|---|---|---|
| TRADESMEN INTERNATIONAL, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Civil Action No. _____ |
| | ) | |
| JVC COATINGS & FABRICATION, LLC, | ) | |
| | ) | |
| Defendant. | ) | |

## COMPLAINT

COMES NOW Plaintiff, Tradesmen International, LLC (hereinafter "Tradesmen"), and files this Complaint against the Defendant, JVC Coatings & Fabrication, LLC (hereinafter "JVC"). In support of this Complaint, Tradesmen states as follows:

### Parties, Jurisdiction & Venue

Tradesmen is a Delaware limited liability company authorized to do business in the State of Alabama and with its principal place of business in Macedonia, Ohio.  For purposes of diversity, the membership of Tradesmen is as follows:  The sole member of Tradesmen is Tradesmen International Holdings, LLC, a Delaware limited liability company;

1.      JVC is an Alabama limited liability company. Its principal place of business is 1877 Shelton Beach Road, Saraland, Alabama.

2.      This Court has subject matter jurisdiction over this Complaint pursuant to 28 U.S.C. § 1332 because the amount in controversy exceeds the amount of $75,000 and there is complete diversity of citizenship between the Plaintiff Tradesmen and the Defendant.

3.      Venue lies in this District pursuant to 28 U.S.C. § 1391 because a substantial part of the events or omissions giving rise to the claim occurred in this District and the property that is the subject of the action is situated in this District.

4.      This Court has personal jurisdiction over the parties because this case concerns

property and persons located in this District, a substantial amount of the acts or omissions at issue occurred in Alabama, and Defendant executed the contracts (more particularly described below) at issue in this District.

### Factual Allegations

5.      Plaintiff repeats and re-alleges all allegations in paragraphs 1 through 5 as if fully set forth herein.

6.      Tradesmen is a construction labor support company providing its clients with skilled workers as well as total labor support services through a strategic workforce approach.

**A.          Client Services Agreement**

7.      On or about January 8, 2015, JVC entered into that certain Client Services Agreement with Tradesman (as amended from time to time) which is attached as **Exhibit "A"** and incorporated by reference for all purposes (hereinafter the "Services Agreement").

8.      From September 6, 2015 through November 8, 2015, Tradesmen provided JVC workers pursuant to the terms of the Services Agreement as evidenced by those certain invoices, collectively attached as **Exhibit "B"** and incorporated by reference herein for all purposes (the "Invoices").   The Invoices total $251,854.01 in principal and $59,425.84 in unpaid interest as of November 1, 2016, for a current total of $311,279.85, with interest accruing at the rate of 2% per month under the Services Agreement.

9.      In large type on the face of each invoice it clearly states: *Terms:   Due Upon Receipt*.

10.     JVC has failed to fully pay when due sums payable under the Services Agreement. As a proximate result of this failure, Tradesmen will suffer damages associated with foregone payments, foregone interest which would have been earned had payments been made, costs associated with collection efforts, as well as attorney's fees and court costs associated with filing a

collection action.

11.     Tradesmen has incurred damages because of JVC's breach of the Services Agreement and failure to pay the Invoices.

12.     Additionally, pursuant to the Services Agreement, Tradesmen is entitled to interest and all attorneys' fees and costs of collection incurred in this matter.

13.     Tradesmen   is   currently   entitled   to   damages   in   the   amount   of $311,279.85, and pre-judgment interest that continues to accrue following November 1, 2016, post-judgment interest, attorneys' fees and expenses, and court costs.

WHEREFORE, Tradesmen requests this Court to enter a judgment in its favor and against JVC in the amount of $311,279.85, as a result of JVC's breach of the Services Agreement, plus pre-judgment interest that continues to accrue following November 1, 2016, post-judgment interest, attorneys' fees and expenses, and court costs.

## Request for Relief

WHEREFORE, Plaintiff, Tradesmen International, LLC, requests that this Court grant judgment in Tradesmen's favor, as follows:

(a)     general damages against JVC under Count One of the Complaint in the amount of $311,279.85 as currently due pursuant to the Services Agreement, plus the applicable per diem interest and continuing costs and expenses;

(b)     as well as all costs of collection, late fees and attorneys' fees;

(c)     additional prejudgment interest as provided by the Service Agreements and/or by Alabama law, from November 1, 2016;

(d)     reasonable attorneys' fees and expenses, plus reasonable attorneys' fees and expenses incurred in the event of any appeals;

(e)     all accruing late charges and fees;

(f)     all costs of court;

(g)     interest at the maximum rate provided by the Service Agreements and Alabama law on the total amount of the judgment, from the date of judgment until paid;

(h)     the right to make post-judgment application for additional attorneys' fees and expenses that accrue accordingly; and

(i)     such other and further relief to which Tradesmen may be entitled.

Respectfully submitted this 28th day of November, 2016.

/s/ Jeffery J. Hartley
JEFFERY J. HARTLEY (HARTJ4885)
Counsel for Tradesmen International, LLC

OF COUNSEL:

HELMSING, LEACH, HERLONG, NEWMAN & ROUSE, P.C.
Post Office Box 2767 Mobile, AL 36652
(251) 432-5521
(251) 432-0633 Fax
jjh@helmsinglaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on this the 28th day of November, 2016, the foregoing pleading was electronically filed with the Clerk of the Court using the CM/ECF system and a copy was served via U.S. Mail, postage pre-paid to the following:

Justin Tanner
JVC Coatings & Fabrication, LLC
1877 Shelton Beach Road
Saraland, AL 36571

Mike Bass
JVC Coatings & Fabrication, LLC
1877 Shelton Beach Road
Saraland, AL 36571

/s/Jeffery J. Hartley
Jeffery J. Hartley