

# INVOICE

**EXHIBIT**
**B**

**Please remit payment to:**

**Tradesmen International, LLC**
**PO Box 677807**
**Dallas, TX 75267-7807**

**Productivity is Our Priority**

**JVC COATINGS AND FABRICATION LLC**
**1877 SHELTON BEACH ROAD**

**SARALAND, AL 36571**

| INVOICE DATE: 09-06-2015 |
|---|
| INVOICE#: 2590948 |

**PO#: JVC PO**

Client#: 136600      MARINE ALABAMA      MKBSL

| WEEK ENDING | EMPLOYEE | POSITION | REGULAR HOURS | REGULAR RATE | OVERTIME HOURS | OVERTIME RATE | AMOUNT |
|---|---|---|---|---|---|---|---|
| 09-06-15 | CASH, RYAN | JVCPAI-AL | 40.00 | 24.65 | 2.00 | 36.98 | 1059.96 |
| 09-06-15 | CHESTANG, HOWARD | JVCPAI-AL | 40.00 | 31.90 | 13.00 | 47.85 | 1898.05 |
| 09-06-15 | ETHRIDGE, MATTHEW | JVCPAI-AL | 40.00 | 20.30 | 8.00 | 30.45 | 1055.60 |
| 09-06-15 | GRAY, JOSHUA | JVCPAI-AL | 40.00 | 27.55 | 20.00 | 41.33 | 1928.60 |
| 09-06-15 | GWIN, HOWARD | JVCPAI-AL | 32.50 | 30.45 | | | 989.63 |
| 09-06-15 | JOHNSTON, ANTHONY | JVCPAI-AL | 40.00 | 20.30 | 12.50 | 30.45 | 1192.63 |
| 09-06-15 | NORTHCUTT, DIANE | JVCPAI-AL | 40.00 | 11.60 | | | 464.00 |
| 09-06-15 | POELLNITZ, REGINALD | JVCPAI-AL | 40.00 | 20.30 | 11.00 | 30.45 | 1146.95 |
| 09-06-15 | REYES-CARRANZA, EDWI | JVCPAI-AL | 40.00 | 30.45 | 11.00 | 45.68 | 1720.48 |
| 09-06-15 | SMITH, DAVIDSON | JVCPAI-AL | 40.00 | 21.75 | 4.50 | 32.63 | 1016.84 |
| 09-06-15 | TANNER, JUSTIN | JVCPAI-AL | 40.00 | 11.60 | | | 464.00 |

**TERMS: DUE UPON RECEIPT**

| TOTAL | $12,936.74 |
|---|---|

Questions About Your Account:  Phone: (251) 380-6622
Fax: (251) 380-6625

Page: 1

# INVOICE

**Tradesmen International**®

*Productivity is Our Priority*

**Please remit payment to:**

**Tradesmen International, LLC
PO Box 677807
Dallas, TX 75267-7807**

**JVC COATINGS AND FABRICATION LLC
1877 SHELTON BEACH ROAD**

**SARALAND, AL 36571**

| **INVOICE DATE: 09-13-2015** |
| **INVOICE#: 2597327** |

**PO#: JVC PO**

Client#: 136600          MARINE ALABAMA          MKBSL

| WEEK ENDING | EMPLOYEE | POSITION | REGULAR HOURS | REGULAR RATE | OVERTIME HOURS | OVERTIME RATE | AMOUNT |
|---|---|---|---|---|---|---|---|
| 09-13-15 | CASH, RYAN | JVCPAI-AL | 40.00 | 24.65 | 19.00 | 36.98 | 1688.62 |
| 09-13-15 | CHESTANG, HOWARD | JVCPAI-AL | 40.00 | 31.90 | 13.00 | 47.85 | 1898.05 |
| 09-13-15 | ETHRIDGE, MATTHEW | JVCPAI-AL | 40.00 | 20.30 | | | 812.00 |
| 09-13-15 | GRAY, JOSHUA | JVCPAI-AL | 40.00 | 27.55 | 0.50 | 41.33 | 1122.67 |
| 09-13-15 | GWIN, HOWARD | JVCPAI-AL | 40.00 | 30.45 | | | 1218.00 |
| 09-13-15 | JOHNSTON, ANTHONY | JVCPAI-AL | 40.00 | 20.30 | | | 812.00 |
| 09-13-15 | POELLNITZ, REGINALD | JVCPAI-AL | 40.00 | 20.30 | | | 812.00 |
| 09-13-15 | REYES-CARRANZA, EDWI | JVCPAI-AL | 40.00 | 30.45 | 17.50 | 45.68 | 2017.40 |
| 09-13-15 | SMITH, DAVIDSON | JVCPAI-AL | 40.00 | 21.75 | | | 870.00 |
| 09-13-15 | TANNER, JUSTIN | JVCPAI-AL | 40.00 | 11.60 | | | 464.00 |

| | | | | | | **TOTAL** | $11,714.74 |

**TERMS: DUE UPON RECEIPT**

Questions About Your Account:  Phone: (251) 380-6622
Fax: (251) 380-6625

# INVOICE

**Tradesmen International®**
*Productivity is Our Priority*

**Please remit payment to:**

**Tradesmen International, LLC**
**PO Box 677807**
**Dallas, TX 75267-7807**

**JVC COATINGS AND FABRICATION LLC**
**1877 SHELTON BEACH ROAD**

**SARALAND, AL 36571**

| INVOICE DATE: 09-13-2015 |
| --- |
| INVOICE#: 2597328 |

**PO#: JVC PO**

Client#: 136600                                    MARINE ALABAMA                                    MKBSL

| WEEK ENDING | EMPLOYEE | POSITION | REGULAR HOURS | REGULAR RATE | OVERTIME HOURS | OVERTIME RATE | AMOUNT |
| --- | --- | --- | --- | --- | --- | --- | --- |
| 09-13-15 | REYES BADAY, ALEX | JVCPAI-AL | 40.00 | 14.50 | 17.50 | 21.75 | 960.63 |

| TERMS: DUE UPON RECEIPT | | TOTAL | $960.63 |
| --- | --- | --- | --- |

Questions About Your Account:   Phone: (251) 380-6622
                                               Fax: (251) 380-6625

Page: 1

# INVOICE

**Tradesmen International** ®

*Productivity is Our Priority*

**Please remit payment to:**

**Tradesmen International, LLC**
**PO Box 677807**
**Dallas, TX 75267-7807**

JVC COATINGS AND FABRICATION LLC
1877 SHELTON BEACH ROAD

SARALAND, AL 36571

| INVOICE DATE: 09-13-2015 |
| --- |
| INVOICE#: 2597329 |

PO#: JVC PO

Client#: 136600      MARINE ALABAMA      MKBSL

| WEEK ENDING | EMPLOYEE | POSITION | REGULAR HOURS | REGULAR RATE | OVERTIME HOURS | OVERTIME RATE | AMOUNT |
| --- | --- | --- | --- | --- | --- | --- | --- |
| 09-13-15 | BEAUGEZ, MICHAEL | JVCPAI-AL | 40.00 | 21.75 | 13.00 | 32.63 | 1294.19 |

**TERMS: DUE UPON RECEIPT**

| | TOTAL | $1,294.19 |
| --- | --- | --- |

Questions About Your Account:   Phone: (251) 380-6622
Fax: (251) 380-6625

Page: 1

# INVOICE

**Tradesmen International**
*Productivity is Our Priority*

**Please remit payment to:**

**Tradesmen International, LLC**
**PO Box 677807**
**Dallas, TX 75267-7807**

**JVC COATINGS AND FABRICATION LLC**
**1877 SHELTON BEACH ROAD**

**SARALAND, AL 36571**

| INVOICE DATE: 09-13-2015 |
|---|
| INVOICE#: 2597330 |

**PO#: JVC PO**

Client#: 136600                           MARINE ALABAMA                           MKBSL

| WEEK ENDING | EMPLOYEE | POSITION | REGULAR HOURS | REGULAR RATE | OVERTIME HOURS | OVERTIME RATE | AMOUNT |
|---|---|---|---|---|---|---|---|
| 09-13-15 | TILLMAN, JORDAN | JVCPAI-AL | 40.00 | 20.30 | 13.00 | 30.45 | 1207.85 |

| TERMS: DUE UPON RECEIPT | | TOTAL | $1,207.85 |
|---|---|---|---|

Questions About Your Account:   Phone: (251) 380-6622
                                                    Fax: (251) 380-6625

Page: 1

# INVOICE

**Tradesmen International**
*Productivity is Our Priority*

**Please remit payment to:**

**Tradesmen International, LLC**
**PO Box 677807**
**Dallas, TX 75267-7807**

**JVC COATINGS AND FABRICATION LLC**
**1877 SHELTON BEACH ROAD**

**SARALAND, AL 36571**

| INVOICE DATE: 09-13-2015 |
| --- |
| INVOICE#: 2597331 |

**PO#: JVC PO**

Client#: 136600      MARINE ALABAMA      MKBSL

| WEEK ENDING | EMPLOYEE | POSITION | REGULAR HOURS | REGULAR RATE | OVERTIME HOURS | OVERTIME RATE | AMOUNT |
| --- | --- | --- | --- | --- | --- | --- | --- |
| 09-13-15 | MCCANTS, STEVEN | JVCPAI-AL | 40.00 | 14.50 | | | 580.00 |

| TERMS: DUE UPON RECEIPT | | TOTAL | $580.00 |
| --- | --- | --- | --- |

Questions About Your Account:   Phone: (251) 380-6622
Fax: (251) 380-6625

Page: 1

# INVOICE

**Tradesmen International®**
*Productivity is Our Priority*

**Please remit payment to:**

**Tradesmen International, LLC**
PO Box 677807
Dallas, TX 75267-7807

**JVC COATINGS AND FABRICATION LLC**
**1877 SHELTON BEACH ROAD**

**SARALAND, AL 36571**

| INVOICE DATE: 09-13-2015 |
|---|
| INVOICE#: 2597332 |

**PO#: JVC PO**

Client#: 136600 — MARINE ALABAMA — MKBSL

| WEEK ENDING | EMPLOYEE | POSITION | REGULAR HOURS | REGULAR RATE | OVERTIME HOURS | OVERTIME RATE | AMOUNT |
|---|---|---|---|---|---|---|---|
| 09-13-15 | GASPARD JR, CLAUDE | JVCPAI-AL | 40.00 | 33.35 | 19.00 | 52.20 | 2325.80 |
| 09-13-15 | HOWARD, DUSTIN | JVCPAI-AL | 32.00 | 17.40 | | | 556.80 |
| 09-13-15 | LODEN, CHRISTIAN | JVCPAI-AL | 40.00 | 20.30 | 5.50 | 30.45 | 979.48 |
| 09-13-15 | SULLIVAN, MATTHEW | JVCPAI-AL | 40.00 | 20.30 | | | 812.00 |
| 09-13-15 | WEAVER, BRANDON | JVCPAI-AL | 40.00 | 20.30 | 4.00 | 30.45 | 933.80 |

**TERMS: DUE UPON RECEIPT**

| TOTAL | $5,607.88 |
|---|---|

Questions About Your Account:  Phone: (251) 380-6622
Fax: (251) 380-6625

Page: 1

# INVOICE

**Please remit payment to:**

**Tradesmen International, LLC**
**PO Box 677807**
**Dallas, TX 75267-7807**

**JVC COATINGS AND FABRICATION LLC**
**1877 SHELTON BEACH ROAD**

**SARALAND, AL 36571**

| INVOICE DATE: 09-13-2015 |
|---|
| INVOICE#: 2597333 |

**PO#: JVC PO**

Client#: 136600      MARINE ALABAMA      MKBSL

| WEEK ENDING | EMPLOYEE | POSITION | REGULAR HOURS | REGULAR RATE | OVERTIME HOURS | OVERTIME RATE | AMOUNT |
|---|---|---|---|---|---|---|---|
| 09-13-15 | WILLIAMS, TRAVONE | JVCPAI-AL | 31.00 | 20.30 | | | 629.30 |

| TERMS: DUE UPON RECEIPT | | TOTAL | $629.30 |
|---|---|---|---|

Questions About Your Account:   Phone: (251) 380-6622
Fax: (251) 380-6625

Page: 1

# INVOICE



**Tradesmen International**
*Productivity is Our Priority*

**Please remit payment to:**

Tradesmen International, LLC
PO Box 677807
Dallas, TX 75267-7807

**JVC COATINGS AND FABRICATION LLC**
**1877 SHELTON BEACH ROAD**

**SARALAND, AL 36571**

| INVOICE DATE: 09-20-2015 |
| INVOICE#: 2603821 |

**PO#: JVC PO**

Client#: 136600                   MARINE ALABAMA                   MKBSL

| WEEK ENDING | EMPLOYEE | POSITION | REGULAR HOURS | REGULAR RATE | OVERTIME HOURS | OVERTIME RATE | AMOUNT |
|---|---|---|---|---|---|---|---|
| 09-20-15 | CASH, RYAN | JVCPAI-AL | 40.00 | 24.65 | 7.00 | 36.98 | 1244.86 |
| 09-20-15 | CHESTANG, HOWARD | JVCPAI-AL | 40.00 | 31.90 | 11.00 | 47.85 | 1802.35 |
| 09-20-15 | ETHRIDGE, MATTHEW | JVCPAI-AL | 30.00 | 20.30 | | | 609.00 |
| 09-20-15 | GRAY, JOSHUA | JVCPAI-AL | 40.00 | 27.55 | 5.00 | 41.33 | 1308.65 |
| 09-20-15 | GWIN, HOWARD | JVCPAI-AL | 40.00 | 30.45 | 4.50 | 45.68 | 1423.56 |
| 09-20-15 | JOHNSTON, ANTHONY | JVCPAI-AL | 40.00 | 20.30 | 4.50 | 30.45 | 949.03 |
| 09-20-15 | POELLNITZ, REGINALD | JVCPAI-AL | 40.00 | 20.30 | 4.50 | 30.45 | 949.03 |
| 09-20-15 | REYES-CARRANZA, EDWI | JVCPAI-AL | 40.00 | 30.45 | 45.50 | 45.68 | 3296.44 |
| 09-20-15 | SMITH, DAVIDSON | JVCPAI-AL | 37.00 | 21.75 | | | 804.75 |
| 09-20-15 | TANNER, JUSTIN | JVCPAI-AL | 40.00 | 11.60 | | | 464.00 |

**TERMS: DUE UPON RECEIPT**

| TOTAL | $12,851.67 |

Questions About Your Account:   Phone: (251) 380-6622
                                                 Fax: (251) 380-6625

Page: 1

# INVOICE



**Tradesmen International**
*Productivity is Our Priority*

**Please remit payment to:**

**Tradesmen International, LLC**
**PO Box 677807**
**Dallas, TX 75267-7807**

**JVC COATINGS AND FABRICATION LLC**
**1877 SHELTON BEACH ROAD**

**SARALAND, AL 36571**

| INVOICE DATE: 09-20-2015 |
| --- |
| INVOICE#: 2603822 |

**PO#: JVC PO**

Client#: 136600                    MARINE ALABAMA                    MKBSL

| WEEK ENDING | EMPLOYEE | POSITION | REGULAR HOURS | REGULAR RATE | OVERTIME HOURS | OVERTIME RATE | AMOUNT |
| --- | --- | --- | --- | --- | --- | --- | --- |
| 09-20-15 | REYES BADAY, ALEX | JVCPAI-AL | 40.00 | 14.50 | 45.00 | 21.75 | 1558.75 |

| TERMS: DUE UPON RECEIPT | | TOTAL | $1,558.75 |
| --- | --- | --- | --- |

Questions About Your Account:   Phone: (251) 380-6622
                                              Fax: (251) 380-6625

Page: 1

# INVOICE

**Tradesmen International** ®
*Productivity is Our Priority*

**Please remit payment to:**

**Tradesmen International, LLC**
**PO Box 677807**
**Dallas, TX 75267-7807**

**JVC COATINGS AND FABRICATION LLC**
**1877 SHELTON BEACH ROAD**

**SARALAND, AL 36571**

| INVOICE DATE: 09-20-2015 |
| INVOICE#: 2603823 |

**PO#: JVC PO**

Client#: 136600                MARINE ALABAMA                MKBSL

| WEEK ENDING | EMPLOYEE | POSITION | REGULAR HOURS | REGULAR RATE | OVERTIME HOURS | OVERTIME RATE | AMOUNT |
|---|---|---|---|---|---|---|---|
| 09-20-15 | BEAUGEZ, MICHAEL | JVCPAI-AL | 40.00 | 21.75 | 45.00 | 32.63 | 2338.35 |

**TERMS: DUE UPON RECEIPT**

| TOTAL | $2,338.35 |

Questions About Your Account:   Phone: (251) 380-6622
Fax: (251) 380-6625

Page: 1

# INVOICE

**Tradesmen International**
*Productivity is Our Priority*

**Please remit payment to:**

**Tradesmen International, LLC**
**PO Box 677807**
**Dallas, TX 75267-7807**

**JVC COATINGS AND FABRICATION LLC**
**1877 SHELTON BEACH ROAD**

**SARALAND, AL 36571**

| INVOICE DATE: 09-20-2015 |
| INVOICE#: 2603824 |

**PO#: JVC PO**

Client#: 136600                        MARINE ALABAMA                        MKBSL

| WEEK ENDING | EMPLOYEE | POSITION | REGULAR HOURS | REGULAR RATE | OVERTIME HOURS | OVERTIME RATE | AMOUNT |
|---|---|---|---|---|---|---|---|
| 09-20-15 | TILLMAN, JORDAN | JVCPAI-AL | 40.00 | 20.30 | 10.50 | 30.45 | 1131.73 |

| TERMS: DUE UPON RECEIPT | | TOTAL | $1,131.73 |

Questions About Your Account:   Phone: (251) 380-6622
Fax: (251) 380-6625

Page: 1

# INVOICE

**Please remit payment to:**

**Tradesmen International, LLC**
**PO Box 677807**
**Dallas, TX 75267-7807**

**Tradesmen International®**
*Productivity is Our Priority*

**JVC COATINGS AND FABRICATION LLC**
**1877 SHELTON BEACH ROAD**

**SARALAND, AL 36571**

| INVOICE DATE: 09-20-2015 |
| --- |
| INVOICE#: 2603825 |

**PO#: JVC PO**

Client#: 136600      MARINE ALABAMA      MKBSL

| WEEK ENDING | EMPLOYEE | POSITION | REGULAR HOURS | REGULAR RATE | OVERTIME HOURS | OVERTIME RATE | AMOUNT |
| --- | --- | --- | --- | --- | --- | --- | --- |
| 09-20-15 | MCCANTS, STEVEN | JVCPAI-AL | 40.00 | 14.50 | 4.50 | 21.75 | 677.88 |

| TERMS: DUE UPON RECEIPT | | | | | | TOTAL | $677.88 |
| --- | --- | --- | --- | --- | --- | --- | --- |

Questions About Your Account:   Phone: (251) 380-6622
           Fax: (251) 380-6625

Page: 1

# INVOICE

**Please remit payment to:**

**Tradesmen International, LLC**
**PO Box 677807**
**Dallas, TX 75267-7807**

**JVC COATINGS AND FABRICATION LLC**
**1877 SHELTON BEACH ROAD**

**SARALAND, AL 36571**

| INVOICE DATE: 09-20-2015 |
| INVOICE#: 2603826 |

**PO#: JVC PO**

Client#: 136600      MARINE ALABAMA      MKBSL

| WEEK ENDING | EMPLOYEE | POSITION | REGULAR HOURS | REGULAR RATE | OVERTIME HOURS | OVERTIME RATE | AMOUNT |
|---|---|---|---|---|---|---|---|
| 09-20-15 | GASPARD JR, CLAUDE | JVCPAI-AL | 40.00 | 33.35 | 12.00 | 52.20 | 1960.40 |
| 09-20-15 | HOWARD, DUSTIN | JVCPAI-AL | 40.00 | 17.40 | 4.50 | 26.10 | 813.45 |
| 09-20-15 | LODEN, CHRISTIAN | JVCPAI-AL | 40.00 | 20.30 | 20.50 | 30.45 | 1436.23 |
| 09-20-15 | SULLIVAN, MATTHEW | JVCPAI-AL | 40.00 | 20.30 | | | 812.00 |
| 09-20-15 | WEAVER, BRANDON | JVCPAI-AL | 39.50 | 20.30 | | | 801.85 |

**TERMS: DUE UPON RECEIPT**

| | TOTAL | $5,823.93 |

Questions About Your Account:   Phone: (251) 380-6622
Fax: (251) 380-6625

Page: 1

# INVOICE

**Tradesmen International** ®
*Productivity is Our Priority*

Please remit payment to:

**Tradesmen International, LLC**
**PO Box 677807**
**Dallas, TX 75267-7807**

**JVC COATINGS AND FABRICATION LLC**
**1877 SHELTON BEACH ROAD**

**SARALAND, AL 36571**

| INVOICE DATE: 09-20-2015 |
| INVOICE#: 2603827 |

**PO#: JVC PO**

Client#: 136600                                 MARINE ALABAMA                                 MKBSL

| WEEK ENDING | EMPLOYEE | POSITION | REGULAR HOURS | REGULAR RATE | OVERTIME HOURS | OVERTIME RATE | AMOUNT |
|---|---|---|---|---|---|---|---|
| 09-20-15 | WILLIAMS, TRAVONE | JVCPAI-AL | 37.50 | 20.30 | | | 761.25 |

| TERMS: DUE UPON RECEIPT | | TOTAL | $761.25 |

Questions About Your Account:   Phone: (251) 380-6622
                                                  Fax: (251) 380-6625

Page: 1

# INVOICE

**Tradesmen International®**

*Productivity is Our Priority*

Please remit payment to:

**Tradesmen International, LLC**
**PO Box 677807**
**Dallas, TX 75267-7807**

**JVC COATINGS AND FABRICATION LLC**
**1877 SHELTON BEACH ROAD**

**SARALAND, AL 36571**

| INVOICE DATE: 09-20-2015 |
| INVOICE#: 2603828 |

PO#: JVC PO

Client#: 136600                MARINE ALABAMA                MKBSL

| WEEK ENDING | EMPLOYEE | POSITION | REGULAR HOURS | REGULAR RATE | OVERTIME HOURS | OVERTIME RATE | AMOUNT |
|---|---|---|---|---|---|---|---|
| 09-20-15 | SHEPERD, SAMUEL | JVCPAI-AL | 20.50 | 18.85 | | | 386.43 |

| | | |
|---|---|---|
| **TERMS: DUE UPON RECEIPT** | **TOTAL** | **$386.43** |

Questions About Your Account:  Phone: (251) 380-6622
Fax: (251) 380-6625

Page: 1

# INVOICE

**Tradesmen International**
*Productivity is Our Priority*

**Please remit payment to:**

**Tradesmen International, LLC**
**PO Box 677807**
**Dallas, TX 75267-7807**

**JVC COATINGS AND FABRICATION LLC**
**1877 SHELTON BEACH ROAD**

**SARALAND, AL 36571**

| INVOICE DATE: 09-27-2015 |
| INVOICE#: 2610763 |

**PO#: JVC PO**

Client#: 136600                    MARINE ALABAMA                    MKBSL

| WEEK ENDING | EMPLOYEE | POSITION | REGULAR HOURS | REGULAR RATE | OVERTIME HOURS | OVERTIME RATE | AMOUNT |
|---|---|---|---|---|---|---|---|
| 09-27-15 | CASH, RYAN | JVCPAI-AL | 40.00 | 24.65 | 20.00 | 36.98 | 1725.60 |
| 09-27-15 | CHESTANG, HOWARD | JVCPAI-AL | 40.00 | 31.90 | 29.00 | 47.85 | 2663.65 |
| 09-27-15 | ETHRIDGE, MATTHEW | JVCPAI-AL | 40.00 | 20.30 | 18.00 | 30.45 | 1360.10 |
| 09-27-15 | GRAY, JOSHUA | JVCPAI-AL | 40.00 | 27.55 | 5.50 | 41.33 | 1329.32 |
| 09-27-15 | GWIN, HOWARD | JVCPAI-AL | 40.00 | 30.45 | 5.50 | 45.68 | 1469.24 |
| 09-27-15 | JOHNSTON, ANTHONY | JVCPAI-AL | 40.00 | 20.30 | 5.50 | 30.45 | 979.48 |
| 09-27-15 | POELLNITZ, REGINALD | JVCPAI-AL | 40.00 | 20.30 | 5.50 | 30.45 | 979.48 |
| 09-27-15 | REYES-CARRANZA, EDWI | JVCPAI-AL | 40.00 | 30.45 | 38.50 | 45.68 | 2976.68 |
| 09-27-15 | SMITH, DAVIDSON | JVCPAI-AL | 40.00 | 21.75 | 16.00 | 32.63 | 1392.08 |
| 09-27-15 | TANNER, JUSTIN | JVCPAI-AL | 40.00 | 11.60 | | | 464.00 |

**TERMS: DUE UPON RECEIPT**

| TOTAL | $15,339.63 |

Questions About Your Account:  Phone: (251) 380-6622
Fax: (251) 380-6625

# INVOICE

**Tradesmen International®**

*Productivity is Our Priority*

Please remit payment to:

**Tradesmen International, LLC**
**PO Box 677807**
**Dallas, TX 75267-7807**

**JVC COATINGS AND FABRICATION LLC**
**1877 SHELTON BEACH ROAD**

**SARALAND, AL 36571**

| INVOICE DATE: 09-27-2015 |
| --- |
| INVOICE#: 2610764 |

**PO#: JVC PO**

Client#: 136600                                    MARINE ALABAMA                                    MKBSL

| WEEK ENDING | EMPLOYEE | POSITION | REGULAR HOURS | REGULAR RATE | OVERTIME HOURS | OVERTIME RATE | AMOUNT |
| --- | --- | --- | --- | --- | --- | --- | --- |
| 09-27-15 | REYES BADAY, ALEX | JVCPAI-AL | 40.00 | 14.50 | 38.50 | 21.75 | 1417.38 |

| TERMS: DUE UPON RECEIPT | | TOTAL | $1,417.38 |
| --- | --- | --- | --- |

Questions About Your Account:   Phone: (251) 380-6622
                                                      Fax: (251) 380-6625

Page: 1

# INVOICE



**Productivity is Our Priority**

**Please remit payment to:**

**Tradesmen International, LLC**
**PO Box 677807**
**Dallas, TX 75267-7807**

**JVC COATINGS AND FABRICATION LLC**
**1877 SHELTON BEACH ROAD**

**SARALAND, AL 36571**

| INVOICE DATE: 09-27-2015 |
|---|
| INVOICE#: 2610765 |

PO#: JVC PO

Client#: 136600   MARINE ALABAMA   MKBSL

| WEEK ENDING | EMPLOYEE | POSITION | REGULAR HOURS | REGULAR RATE | OVERTIME HOURS | OVERTIME RATE | AMOUNT |
|---|---|---|---|---|---|---|---|
| 09-27-15 | BEAUGEZ, MICHAEL | JVCPAI-AL | 40.00 | 23.20 | 17.50 | 34.80 | 1537.00 |

| TERMS: DUE UPON RECEIPT | | TOTAL | $1,537.00 |
|---|---|---|---|

Questions About Your Account:   Phone: (251) 380-6622
Fax: (251) 380-6625

Page: 1

# INVOICE

**Tradesmen International**
*Productivity is Our Priority*

**Please remit payment to:**

**Tradesmen International, LLC**
**PO Box 677807**
**Dallas, TX 75267-7807**

**JVC COATINGS AND FABRICATION LLC**
**1877 SHELTON BEACH ROAD**

**SARALAND, AL 36571**

| INVOICE DATE: 09-27-2015 |
| INVOICE#: 2610766 |

**PO#: JVC PO**

Client#: 136600                     MARINE ALABAMA                                MKBSL

| WEEK ENDING | EMPLOYEE | POSITION | REGULAR HOURS | REGULAR RATE | OVERTIME HOURS | OVERTIME RATE | AMOUNT |
|---|---|---|---|---|---|---|---|
| 09-27-15 | TILLMAN, JORDAN | JVCPAI-AL | 24.00 | 20.30 | | | 487.20 |

| TERMS: DUE UPON RECEIPT | | TOTAL | $487.20 |

Questions About Your Account:   Phone: (251) 380-6622
Fax: (251) 380-6625

Page: 1

# INVOICE



**Tradesmen International**®
*Productivity is Our Priority*

**Please remit payment to:**

**Tradesmen International, LLC**
**PO Box 677807**
**Dallas, TX 75267-7807**

**JVC COATINGS AND FABRICATION LLC**
**1877 SHELTON BEACH ROAD**

**SARALAND, AL 36571**

| INVOICE DATE: 09-27-2015 |
| --- |
| INVOICE#: 2610767 |

**PO#: JVC PO**

Client#: 136600          MARINE ALABAMA          MKBSL

| WEEK ENDING | EMPLOYEE | POSITION | REGULAR HOURS | REGULAR RATE | OVERTIME HOURS | OVERTIME RATE | AMOUNT |
| --- | --- | --- | --- | --- | --- | --- | --- |
| 09-27-15 | MCCANTS, STEVEN | JVCPAI-AL | 40.00 | 14.50 | 5.50 | 21.75 | 699.63 |

| TERMS: DUE UPON RECEIPT | | TOTAL | $699.63 |
| --- | --- | --- | --- |

Questions About Your Account:   Phone: (251) 380-6622
Fax: (251) 380-6625

Page: 1

# INVOICE

**Tradesmen International®**

*Productivity is Our Priority*

**Please remit payment to:**

**Tradesmen International, LLC**
**PO Box 677807**
**Dallas, TX 75267-7807**

**JVC COATINGS AND FABRICATION LLC**
**1877 SHELTON BEACH ROAD**

**SARALAND, AL 36571**

| INVOICE DATE: 09-27-2015 |
|---|
| INVOICE#: 2610768 |

**PO#: JVC PO**

Client#: 136600      MARINE ALABAMA      MKBSL

| WEEK ENDING | EMPLOYEE | POSITION | REGULAR HOURS | REGULAR RATE | OVERTIME HOURS | OVERTIME RATE | AMOUNT |
|---|---|---|---|---|---|---|---|
| 09-27-15 | GASPARD JR, CLAUDE | JVCPAI-AL | 40.00 | 33.35 | 19.50 | 52.20 | 2351.90 |
| 09-27-15 | HOWARD, DUSTIN | JVCPAI-AL | 40.00 | 17.40 | 1.00 | 26.10 | 722.10 |
| 09-27-15 | LODEN, CHRISTIAN | JVCPAI-AL | 40.00 | 20.30 | 20.00 | 30.45 | 1421.00 |
| 09-27-15 | SULLIVAN, MATTHEW | JVCPAI-AL | 34.00 | 20.30 | | | 690.20 |
| 09-27-15 | WEAVER, BRANDON | JVCPAI-AL | 40.00 | 20.30 | 11.50 | 30.45 | 1162.18 |

| TERMS: DUE UPON RECEIPT | | TOTAL | $6,347.38 |
|---|---|---|---|

Questions About Your Account:   Phone: (251) 380-6622
                               Fax: (251) 380-6625

# INVOICE

**Tradesmen International**
*Productivity is Our Priority*

**Please remit payment to:**

**Tradesmen International, LLC**
**PO Box 677807**
**Dallas, TX 75267-7807**

**JVC COATINGS AND FABRICATION LLC**
**1877 SHELTON BEACH ROAD**

**SARALAND, AL 36571**

| INVOICE DATE: 09-27-2015 |
| INVOICE#: 2610769 |

**PO#: JVC PO**

Client#: 136600          MARINE ALABAMA                    MKBSL

| WEEK ENDING | EMPLOYEE | POSITION | REGULAR HOURS | REGULAR RATE | OVERTIME HOURS | OVERTIME RATE | AMOUNT |
|---|---|---|---|---|---|---|---|
| 09-27-15 | WILLIAMS, TRAVONE | JVCPAI-AL | 40.00 | 20.30 | 8.00 | 30.45 | 1055.60 |

| TERMS: DUE UPON RECEIPT | | | | | | TOTAL | $1,055.60 |

Questions About Your Account:   Phone: (251) 380-6622
                                                    Fax: (251) 380-6625

Page: 1

# INVOICE

**Tradesmen International**
*Productivity is Our Priority*

**Please remit payment to:**

**Tradesmen International, LLC
PO Box 677807
Dallas, TX 75267-7807**

**JVC COATINGS AND FABRICATION LLC
1877 SHELTON BEACH ROAD**

**SARALAND, AL 36571**

| INVOICE DATE: 09-27-2015 |
| INVOICE#: 2610770 |

**PO#: JVC PO**

Client#: 136600      MARINE ALABAMA      MKBSL

| WEEK ENDING | EMPLOYEE | POSITION | REGULAR HOURS | REGULAR RATE | OVERTIME HOURS | OVERTIME RATE | AMOUNT |
|---|---|---|---|---|---|---|---|
| 09-27-15 | SHEPHERD, SAMUEL | JVCPAI-AL | 40.00 | 18.85 | 6.00 | 28.28 | 923.68 |

| TERMS: DUE UPON RECEIPT | | TOTAL | $923.68 |

Questions About Your Account:  Phone: (251) 380-6622
Fax: (251) 380-6625

# INVOICE

**Tradesmen International** ®
*Productivity is Our Priority*

**Please remit payment to:**

**Tradesmen International, LLC**
**PO Box 677807**
**Dallas, TX 75267-7807**

**JVC COATINGS AND FABRICATION LLC**
**1877 SHELTON BEACH ROAD**

**SARALAND, AL 36571**

| INVOICE DATE: 09-27-2015 |
| --- |
| INVOICE#: 2610771 |

**PO#: JVC PO**

Client#: 136600 MARINE ALABAMA MKBSL

| WEEK ENDING | EMPLOYEE | POSITION | REGULAR HOURS | REGULAR RATE | OVERTIME HOURS | OVERTIME RATE | AMOUNT |
| --- | --- | --- | --- | --- | --- | --- | --- |
| 09-27-15 | DENMARK, ANDREW | JVCPAI-AL | 40.00 | 20.30 | 4.00 | 30.45 | 933.80 |
| 09-27-15 | HUTCHINSON, JEFFREY | JVCPAI-AL | 40.00 | 20.30 | 4.00 | 30.45 | 933.80 |
| 09-27-15 | MILLER, LUCAS | JVCPAI-AL | 8.00 | 23.20 | | | 185.60 |
| 09-27-15 | NEWBURN, WYATT | JVCPAI-AL | 31.00 | 17.40 | | | 539.40 |

**TERMS: DUE UPON RECEIPT**

| | TOTAL | $2,592.60 |
| --- | --- | --- |

Questions About Your Account:   Phone: (251) 380-6622
Fax: (251) 380-6625

# INVOICE

**Tradesmen International**
*Productivity is Our Priority*

**Please remit payment to:**

**Tradesmen International, LLC**
**PO Box 677807**
**Dallas, TX 75267-7807**

JVC COATINGS AND FABRICATION LLC
1877 SHELTON BEACH ROAD

SARALAND, AL 36571

| INVOICE DATE: 10-04-2015 |
| INVOICE#: 2616272 |

PO#: JVC PO

Client#: 136600                    MARINE ALABAMA                    MKBSL

| WEEK ENDING | EMPLOYEE | POSITION | REGULAR HOURS | REGULAR RATE | OVERTIME HOURS | OVERTIME RATE | AMOUNT |
|---|---|---|---|---|---|---|---|
| 10-04-15 | CASH, RYAN | JVCPAI-AL | 40.00 | 24.65 | 9.00 | 36.98 | 1318.82 |
| 10-04-15 | CHESTANG, HOWARD | JVCPAI-AL | 40.00 | 31.90 | 23.00 | 47.85 | 2376.55 |
| 10-04-15 | ETHRIDGE, MATTHEW | JVCPAI-AL | 40.00 | 20.30 | 5.00 | 30.45 | 964.25 |
| 10-04-15 | GRAY, JOSHUA | JVCPAI-AL | 40.00 | 27.55 | 4.50 | 41.33 | 1287.99 |
| 10-04-15 | GWIN, HOWARD | JVCPAI-AL | 40.00 | 30.45 | 1.50 | 45.68 | 1286.52 |
| 10-04-15 | JOHNSTON, ANTHONY | JVCPAI-AL | 40.00 | 20.30 | 5.50 | 30.45 | 979.48 |
| 10-04-15 | POELLNITZ, REGINALD | JVCPAI-AL | 40.00 | 20.30 | 3.50 | 30.45 | 918.58 |
| 10-04-15 | REYES-CARRANZA, EDWI | JVCPAI-AL | 25.00 | 30.45 | | | 761.25 |
| 10-04-15 | SMITH, DAVIDSON | JVCPAI-AL | 40.00 | 21.75 | 1.00 | 32.63 | 902.63 |
| 10-04-15 | TANNER, JUSTIN | JVCPAI-AL | 40.00 | 11.60 | | | 464.00 |

**TERMS: DUE UPON RECEIPT**

| | TOTAL | $11,260.07 |

Questions About Your Account:   Phone: (251) 380-6622
Fax: (251) 380-6625

Page: 1

# INVOICE

**Tradesmen International**
*Productivity is Our Priority*

**Please remit payment to:**

**Tradesmen International, LLC**
PO Box 677807
Dallas, TX 75267-7807

**JVC COATINGS AND FABRICATION LLC**
**1877 SHELTON BEACH ROAD**

**SARALAND, AL 36571**

| INVOICE DATE: 10-04-2015 |
| INVOICE#: 2616273 |

**PO#: JVC PO**

Client#: 136600      MARINE ALABAMA      MKBSL

| WEEK ENDING | EMPLOYEE | POSITION | REGULAR HOURS | REGULAR RATE | OVERTIME HOURS | OVERTIME RATE | AMOUNT |
|---|---|---|---|---|---|---|---|
| 10-04-15 | REYES BADAY, ALEX | JVCPAI-AL | 25.00 | 14.50 | | | 362.50 |

**TERMS: DUE UPON RECEIPT**

| | TOTAL | $362.50 |

Questions About Your Account:   Phone: (251) 380-6622
Fax: (251) 380-6625

Page: 1

# INVOICE

**Tradesmen International**
*Productivity is Our Priority*

**Please remit payment to:**

**Tradesmen International, LLC**
**PO Box 677807**
**Dallas, TX 75267-7807**

**JVC COATINGS AND FABRICATION LLC**
**1877 SHELTON BEACH ROAD**

**SARALAND, AL 36571**

| INVOICE DATE: 10-04-2015 |
| INVOICE#: 2616274 |

**PO#: JVC PO**

Client#: 136600                MARINE ALABAMA                MKBSL

| WEEK ENDING | EMPLOYEE | POSITION | REGULAR HOURS | REGULAR RATE | OVERTIME HOURS | OVERTIME RATE | AMOUNT |
|---|---|---|---|---|---|---|---|
| 10-04-15 | BEAUGEZ, MICHAEL | JVCPAI-AL | 40.00 | 23.20 | 22.00 | 34.80 | 1693.60 |

| TERMS: DUE UPON RECEIPT | | TOTAL | $1,693.60 |

Questions About Your Account:   Phone: (251) 380-6622
Fax: (251) 380-6625

Page: 1

# INVOICE

**Tradesmen International**

*Productivity is Our Priority*

**Please remit payment to:**

**Tradesmen International, LLC**
**PO Box 677807**
**Dallas, TX 75267-7807**

**JVC COATINGS AND FABRICATION LLC**
**1877 SHELTON BEACH ROAD**

**SARALAND, AL 36571**

| INVOICE DATE: 10-04-2015 |
| --- |
| INVOICE#: 2616275 |

**PO#: JVC PO**

Client#: 136600         MARINE ALABAMA         MKBSL

| WEEK ENDING | EMPLOYEE | POSITION | REGULAR HOURS | REGULAR RATE | OVERTIME HOURS | OVERTIME RATE | AMOUNT |
| --- | --- | --- | --- | --- | --- | --- | --- |
| 10-04-15 | MCCANTS, STEVEN | JVCPAI-AL | 40.00 | 17.40 | 3.50 | 26.10 | 787.35 |

| TERMS: DUE UPON RECEIPT | | TOTAL | $787.35 |
| --- | --- | --- | --- |

Questions About Your Account:  Phone: (251) 380-6622
Fax: (251) 380-6625

# INVOICE

## Tradesmen International
### Productivity is Our Priority

**Please remit payment to:**

**Tradesmen International, LLC**
**PO Box 677807**
**Dallas, TX 75267-7807**

**JVC COATINGS AND FABRICATION LLC**
**1877 SHELTON BEACH ROAD**

**SARALAND, AL 36571**

| INVOICE DATE: 10-04-2015 |
| --- |
| INVOICE#: 2616276 |

**PO#: JVC PO**

Client#: 136600  MARINE ALABAMA  MKBSL

| WEEK ENDING | EMPLOYEE | POSITION | REGULAR HOURS | REGULAR RATE | OVERTIME HOURS | OVERTIME RATE | AMOUNT |
| --- | --- | --- | --- | --- | --- | --- | --- |
| 10-04-15 | GASPARD JR, CLAUDE | JVCPAI-AL | 40.00 | 33.35 | 6.00 | 52.20 | 1647.20 |
| 10-04-15 | HOWARD, DUSTIN | JVCPAI-AL | 40.00 | 17.40 | 5.50 | 26.10 | 839.55 |
| 10-04-15 | LODEN, CHRISTIAN | JVCPAI-AL | 40.00 | 20.30 | 9.00 | 30.45 | 1086.05 |
| 10-04-15 | SULLIVAN, MATTHEW | JVCPAI-AL | 40.00 | 20.30 | 1.50 | 30.45 | 857.68 |
| 10-04-15 | WEAVER, BRANDON | JVCPAI-AL | 40.00 | 20.30 | 2.00 | 30.45 | 872.90 |

## TERMS: DUE UPON RECEIPT

| TOTAL | $5,303.38 |
| --- | --- |

Questions About Your Account:  Phone: (251) 380-6622
Fax: (251) 380-6625

Page: 1

# INVOICE



**Tradesmen International**
*Productivity is Our Priority*

**Please remit payment to:**

**Tradesmen International, LLC**
**PO Box 677807**
**Dallas, TX 75267-7807**

**JVC COATINGS AND FABRICATION LLC**
**1877 SHELTON BEACH ROAD**

**SARALAND, AL 36571**

| INVOICE DATE: 10-04-2015 |
| INVOICE#: 2616277 |

**PO#: JVC PO**

Client#: 136600      MARINE ALABAMA      MKBSL

| WEEK ENDING | EMPLOYEE | POSITION | REGULAR HOURS | REGULAR RATE | OVERTIME HOURS | OVERTIME RATE | AMOUNT |
|---|---|---|---|---|---|---|---|
| 10-04-15 | WILLIAMS, TRAVONE | JVCPAI-AL | 40.00 | 20.30 | 14.00 | 30.45 | 1238.30 |

| TERMS: DUE UPON RECEIPT | | TOTAL | $1,238.30 |

Questions About Your Account:  Phone: (251) 380-6622
Fax: (251) 380-6625

Page: 1

# INVOICE

**Please remit payment to:**

**Tradesmen International, LLC**
PO Box 677807
Dallas, TX 75267-7807

**Tradesmen International**®
*Productivity is Our Priority*

**JVC COATINGS AND FABRICATION LLC**
**1877 SHELTON BEACH ROAD**

**SARALAND, AL 36571**

| INVOICE DATE: 10-04-2015 |
| INVOICE#: 2616278 |

**PO#: JVC PO**

Client#: 136600                    MARINE ALABAMA                    MKBSL

| WEEK ENDING | EMPLOYEE | POSITION | REGULAR HOURS | REGULAR RATE | OVERTIME HOURS | OVERTIME RATE | AMOUNT |
|---|---|---|---|---|---|---|---|
| 10-04-15 | SHEPHERD, SAMUEL | JVCPAI-AL | 40.00 | 18.85 | 7.50 | 28.28 | 966.10 |

**TERMS: DUE UPON RECEIPT**

| TOTAL | $966.10 |

Questions About Your Account:   Phone: (251) 380-6622
Fax: (251) 380-6625

Page: 1

# INVOICE

**Tradesmen International**

*Productivity is Our Priority*

**Please remit payment to:**

Tradesmen International, LLC
PO Box 677807
Dallas, TX 75267-7807

JVC COATINGS AND FABRICATION LLC
1877 SHELTON BEACH ROAD

SARALAND, AL 36571

| INVOICE DATE: 10-04-2015 |
| INVOICE#: 2616279 |

PO#: JVC PO

Client#: 136600      MARINE ALABAMA      MKBSL

| WEEK ENDING | EMPLOYEE | POSITION | REGULAR HOURS | REGULAR RATE | OVERTIME HOURS | OVERTIME RATE | AMOUNT |
|---|---|---|---|---|---|---|---|
| 10-04-15 | DENMARK, ANDREW | JVCPAI-AL | 40.00 | 20.30 | 20.50 | 30.45 | 1436.23 |
| 10-04-15 | HUTCHINSON, JEFFREY | JVCPAI-AL | 40.00 | 20.30 | 9.00 | 30.45 | 1086.05 |
| 10-04-15 | MILLER, LUCAS | JVCPAI-AL | 10.50 | 23.20 | | | 243.60 |
| 10-04-15 | NEWBURN, WYATT | JVCPAI-AL | 40.00 | 17.40 | 1.00 | 26.10 | 722.10 |

**TERMS: DUE UPON RECEIPT**

| | TOTAL | $3,487.98 |

Questions About Your Account:   Phone: (251) 380-6622
Fax: (251) 380-6625

Page: 1

# INVOICE

**Tradesmen International®**
*Productivity is Our Priority*

Please remit payment to:

**Tradesmen International, LLC**
**PO Box 677807**
**Dallas, TX 75267-7807**

JVC COATINGS AND FABRICATION LLC
1877 SHELTON BEACH ROAD

SARALAND, AL 36571

| INVOICE DATE: 10-04-2015 |
| INVOICE#: 2616280 |

PO#: JVC PO

Client#: 136600          MARINE ALABAMA                    MKBSL

| WEEK ENDING | EMPLOYEE | POSITION | REGULAR HOURS | REGULAR RATE | OVERTIME HOURS | OVERTIME RATE | AMOUNT |
|---|---|---|---|---|---|---|---|
| 10-04-15 | CHAPMAN, ZACHARY | JVCPAI-AL | 10.00 | 21.75 | | | 217.50 |
| 10-04-15 | RAMER, STACEY | JVCPAI-AL | 10.00 | 26.10 | | | 261.00 |
| 10-04-15 | WILLIAMSON, LARRY | JVCPAI-AL | 10.50 | 24.65 | | | 258.83 |

| TERMS: DUE UPON RECEIPT | | TOTAL | $737.33 |

Questions About Your Account:   Phone: (251) 380-6622
Fax: (251) 380-6625

Page: 1

# INVOICE

**Tradesmen International**
*Productivity is Our Priority*

**Please remit payment to:**

Tradesmen International, LLC
PO Box 677807
Dallas, TX 75267-7807

**JVC COATINGS AND FABRICATION LLC**
**1877 SHELTON BEACH ROAD**

**SARALAND, AL 36571**

| INVOICE DATE: 10-11-2015 |
|---|
| INVOICE#: 2623210 |

**PO#: JVC PO**

Client#: 136600 — MARINE ALABAMA — MKBSL

| WEEK ENDING | EMPLOYEE | POSITION | REGULAR HOURS | REGULAR RATE | OVERTIME HOURS | OVERTIME RATE | AMOUNT |
|---|---|---|---|---|---|---|---|
| 10-11-15 | CASH, RYAN | JVCPAI-AL | 40.00 | 24.65 | 14.00 | 36.98 | 1503.72 |
| 10-11-15 | CHESTANG, HOWARD | JVCPAI-AL | 40.00 | 31.90 | 34.00 | 47.85 | 2902.90 |
| 10-11-15 | ETHRIDGE, MATTHEW | JVCPAI-AL | 40.00 | 20.30 | 14.00 | 30.45 | 1238.30 |
| 10-11-15 | GRAY, JOSHUA | JVCPAI-AL | 40.00 | 27.55 | 7.00 | 41.33 | 1391.31 |
| 10-11-15 | GWIN, HOWARD | JVCPAI-AL | 40.00 | 30.45 | 8.50 | 45.68 | 1606.28 |
| 10-11-15 | JOHNSTON, ANTHONY | JVCPAI-AL | 40.00 | 20.30 | 13.00 | 30.45 | 1207.85 |
| 10-11-15 | POELLNITZ, REGINALD | JVCPAI-AL | 40.00 | 20.30 | 9.00 | 30.45 | 1086.05 |
| 10-11-15 | REYES-CARRANZA, EDWI | JVCPAI-AL | 40.00 | 30.45 | 36.50 | 45.68 | 2885.32 |
| 10-11-15 | SMITH, DAVIDSON | JVCPAI-AL | 40.00 | 21.75 | 7.00 | 32.63 | 1098.41 |
| 10-11-15 | TANNER, JUSTIN | JVCPAI-AL | 40.00 | 11.60 | | | 464.00 |

**TERMS: DUE UPON RECEIPT**

| TOTAL | $15,384.14 |
|---|---|

Questions About Your Account:  Phone: (251) 380-6622
Fax: (251) 380-6625

Page: 1

# INVOICE



**Productivity is Our Priority**

**Please remit payment to:**

**Tradesmen International, LLC
PO Box 677807
Dallas, TX 75267-7807**

**JVC COATINGS AND FABRICATION LLC
1877 SHELTON BEACH ROAD**

**SARALAND, AL 36571**

| INVOICE DATE: 10-11-2015 |
|---|
| INVOICE#: 2623211 |

**PO#: JVC PO**

Client#: 136600                     MARINE ALABAMA                                MKBSL

| WEEK ENDING | EMPLOYEE | POSITION | REGULAR HOURS | REGULAR RATE | OVERTIME HOURS | OVERTIME RATE | AMOUNT |
|---|---|---|---|---|---|---|---|
| 10-11-15 | REYES BADAY, ALEX | JVCPAI-AL | 40.00 | 14.50 | 26.50 | 21.75 | 1156.38 |

| TERMS: DUE UPON RECEIPT | | TOTAL | $1,156.38 |
|---|---|---|---|

Questions About Your Account:   Phone: (251) 380-6622
Fax: (251) 380-6625

Page: 1

# INVOICE



**Tradesmen International**
*Productivity is Our Priority*

**Please remit payment to:**

**Tradesmen International, LLC**
**PO Box 677807**
**Dallas, TX 75267-7807**

**JVC COATINGS AND FABRICATION LLC**
**1877 SHELTON BEACH ROAD**

**SARALAND, AL 36571**

| INVOICE DATE: 10-11-2015 |
| --- |
| INVOICE#: 2623212 |

**PO#: JVC PO**

Client#: 136600                     MARINE ALABAMA                                   MKBSL

| WEEK ENDING | EMPLOYEE | POSITION | REGULAR HOURS | REGULAR RATE | OVERTIME HOURS | OVERTIME RATE | AMOUNT |
| --- | --- | --- | --- | --- | --- | --- | --- |
| 10-11-15 | BEAUGEZ, MICHAEL | JVCPAI-AL | 40.00 | 23.20 | 27.00 | 34.80 | 1867.60 |

| TERMS: DUE UPON RECEIPT | | TOTAL | $1,867.60 |
| --- | --- | --- | --- |

Questions About Your Account:   Phone: (251) 380-6622
                                                 Fax: (251) 380-6625

# INVOICE

**Tradesmen International**
*Productivity is Our Priority*

**Please remit payment to:**

**Tradesmen International, LLC**
**PO Box 677807**
**Dallas, TX 75267-7807**

**JVC COATINGS AND FABRICATION LLC**
**1877 SHELTON BEACH ROAD**

**SARALAND, AL 36571**

| INVOICE DATE: 10-11-2015 |
| INVOICE#: 2623213 |

**PO#: JVC PO**

Client#: 136600                    MARINE ALABAMA                              MKBSL

| WEEK ENDING | EMPLOYEE | POSITION | REGULAR HOURS | REGULAR RATE | OVERTIME HOURS | OVERTIME RATE | AMOUNT |
|---|---|---|---|---|---|---|---|
| 10-11-15 | MCCANTS, STEVEN | JVCPAI-AL | 40.00 | 17.40 | 4.50 | 26.10 | 813.45 |

| TERMS: DUE UPON RECEIPT | | TOTAL | $813.45 |

Questions About Your Account:   Phone: (251) 380-6622
                                Fax: (251) 380-6625

# INVOICE

**Please remit payment to:**

**Tradesmen International, LLC**
**PO Box 677807**
**Dallas, TX 75267-7807**

**Tradesmen International**
*Productivity is Our Priority*

**JVC COATINGS AND FABRICATION LLC**
**1877 SHELTON BEACH ROAD**

**SARALAND, AL 36571**

| INVOICE DATE: 10-11-2015 |
| --- |
| INVOICE#: 2623214 |

PO#: JVC PO

Client#: 136600     MARINE ALABAMA     MKBSL

| WEEK ENDING | EMPLOYEE | POSITION | REGULAR HOURS | REGULAR RATE | OVERTIME HOURS | OVERTIME RATE | AMOUNT |
| --- | --- | --- | --- | --- | --- | --- | --- |
| 10-11-15 | GASPARD JR, CLAUDE | JVCPAI-AL | 40.00 | 33.35 | 14.00 | 52.20 | 2064.80 |
| 10-11-15 | HOWARD, DUSTIN | JVCPAI-AL | 40.00 | 17.40 | 13.00 | 26.10 | 1035.30 |
| 10-11-15 | LODEN, CHRISTIAN | JVCPAI-AL | 40.00 | 20.30 | 12.00 | 30.45 | 1177.40 |
| 10-11-15 | SULLIVAN, MATTHEW | JVCPAI-AL | 40.00 | 20.30 | | | 812.00 |

| TERMS: DUE UPON RECEIPT | | TOTAL | $5,089.50 |
| --- | --- | --- | --- |

Questions About Your Account:  Phone: (251) 380-6622
Fax: (251) 380-6625

# INVOICE

**Tradesmen International**
*Productivity is Our Priority*

**Please remit payment to:**

Tradesmen International, LLC
PO Box 677807
Dallas, TX 75267-7807

JVC COATINGS AND FABRICATION LLC
1877 SHELTON BEACH ROAD

SARALAND, AL 36571

| INVOICE DATE: 10-11-2015 |
| INVOICE#: 2623215 |

PO#: JVC PO

Client#: 136600                                    MARINE ALABAMA                                    MKBSL

| WEEK ENDING | EMPLOYEE | POSITION | REGULAR HOURS | REGULAR RATE | OVERTIME HOURS | OVERTIME RATE | AMOUNT |
|---|---|---|---|---|---|---|---|
| 10-11-15 | WILLIAMS, TRAVONE | JVCPAI-AL | 40.00 | 20.30 | 11.00 | 30.45 | 1146.95 |

| TERMS: DUE UPON RECEIPT | | TOTAL | $1,146.95 |

Questions About Your Account:   Phone: (251) 380-6622
Fax: (251) 380-6625

Page: 1

# INVOICE



**Productivity is Our Priority**

**Please remit payment to:**

**Tradesmen International, LLC**
**PO Box 677807**
**Dallas, TX 75267-7807**

**JVC COATINGS AND FABRICATION LLC**
**1877 SHELTON BEACH ROAD**

**SARALAND, AL 36571**

| INVOICE DATE: 10-11-2015 |
|---|
| INVOICE#: 2623216 |

**PO#: JVC PO**

Client#: 136600        MARINE ALABAMA        MKBSL

| WEEK ENDING | EMPLOYEE | POSITION | REGULAR HOURS | REGULAR RATE | OVERTIME HOURS | OVERTIME RATE | AMOUNT |
|---|---|---|---|---|---|---|---|
| 10-11-15 | SHEPHERD, SAMUEL | JVCPAI-AL | 40.00 | 18.85 | 6.00 | 28.28 | 923.68 |

| TERMS: DUE UPON RECEIPT | TOTAL | $923.68 |
|---|---|---|

Questions About Your Account:  Phone: (251) 380-6622
Fax: (251) 380-6625

Page: 1

# INVOICE

**Tradesmen International**
*Productivity is Our Priority*

**Please remit payment to:**

**Tradesmen International, LLC**
**PO Box 677807**
**Dallas, TX 75267-7807**

**JVC COATINGS AND FABRICATION LLC**
**1877 SHELTON BEACH ROAD**

**SARALAND, AL 36571**

| INVOICE DATE: 10-11-2015 |
| INVOICE#: 2623217 |

**PO#: JVC PO**

Client#: 136600                    MARINE ALABAMA                    MKBSL

| WEEK ENDING | EMPLOYEE | POSITION | REGULAR HOURS | REGULAR RATE | OVERTIME HOURS | OVERTIME RATE | AMOUNT |
|---|---|---|---|---|---|---|---|
| 10-11-15 | DENMARK, ANDREW | JVCPAI-AL | 40.00 | 20.30 | 25.00 | 30.45 | 1573.25 |
| 10-11-15 | HUTCHINSON, JEFFREY | JVCPAI-AL | 40.00 | 20.30 | 14.00 | 30.45 | 1238.30 |
| 10-11-15 | NEWBURN, WYATT | JVCPAI-AL | 40.00 | 17.40 | 10.50 | 26.10 | 970.05 |

**TERMS: DUE UPON RECEIPT**

| TOTAL | $3,781.60 |

Questions About Your Account:   Phone: (251) 380-6622
                               Fax: (251) 380-6625

Page: 1

# INVOICE

**Please remit payment to:**

**Tradesmen International, LLC**
**PO Box 677807**
**Dallas, TX 75267-7807**

**Tradesmen International**

*Productivity is Our Priority*

**JVC COATINGS AND FABRICATION LLC**
**1877 SHELTON BEACH ROAD**

**SARALAND, AL 36571**

| INVOICE DATE: 10-11-2015 |
| :---: |
| INVOICE#: 2623218 |

**PO#: JVC PO**

Client#: 136600     MARINE ALABAMA     MKBSL

| WEEK ENDING | EMPLOYEE | POSITION | REGULAR HOURS | REGULAR RATE | OVERTIME HOURS | OVERTIME RATE | AMOUNT |
|---|---|---|---|---|---|---|---|
| 10-11-15 | CHAPMAN, ZACHARY | JVCPAI-AL | 40.00 | 21.75 | 3.00 | 32.63 | 967.89 |
| 10-11-15 | RAMER, STACEY | JVCPAI-AL | 14.00 | 26.10 | | | 365.40 |
| 10-11-15 | TAYLOR, JON | JVCPAI-AL | 40.00 | 18.85 | 24.50 | 28.28 | 1446.86 |
| 10-11-15 | WILLIAMSON, LARRY | JVCPAI-AL | 40.00 | 24.65 | 21.00 | 36.98 | 1762.58 |

**TERMS: DUE UPON RECEIPT**

| TOTAL | $4,542.73 |
| :---: | :---: |

Questions About Your Account:   Phone: (251) 380-6622
Fax: (251) 380-6625

Page: 1

# INVOICE

**Tradesmen International**
*Productivity is Our Priority*

**Please remit payment to:**

**Tradesmen International, LLC**
**PO Box 677807**
**Dallas, TX 75267-7807**

**JVC COATINGS AND FABRICATION LLC**
**1877 SHELTON BEACH ROAD**

**SARALAND, AL 36571**

| INVOICE DATE: 10-11-2015 |
| INVOICE#: 2623875 |

**PO#: JVC PO**

Client#: 136600      MARINE ALABAMA      MKBSL

| WEEK ENDING | EMPLOYEE | POSITION | REGULAR HOURS | REGULAR RATE | OVERTIME HOURS | OVERTIME RATE | AMOUNT |
|---|---|---|---|---|---|---|---|
| 10-11-15 | DENMARK, CHADWICK | JVCPAI-AL | 8.00 | 23.93 | | | 191.44 |

| TERMS: DUE UPON RECEIPT | | | | | | TOTAL | $191.44 |

Questions About Your Account:   Phone: (251) 380-6622
Fax: (251) 380-6625

Page: 1

# INVOICE



## Tradesmen International®
### Productivity Is Our Priority

**Please remit payment to:**

**Tradesmen International, LLC**
**PO Box 677807**
**Dallas, TX 75267-7807**

**JVC COATINGS AND FABRICATION LLC**
**1877 SHELTON BEACH ROAD**

**SARALAND, AL 36571**

| | |
|---|---|
| **INVOICE DATE: 10-18-2015** |
| **INVOICE#: 2629542** |

**PO#: JVC PO**

Client#: 136600  MARINE ALABAMA  MKBSL

| WEEK ENDING | EMPLOYEE | POSITION | REGULAR HOURS | REGULAR RATE | OVERTIME HOURS | OVERTIME RATE | AMOUNT |
|---|---|---|---|---|---|---|---|
| 10-18-15 | CASH, RYAN | JVCPAI-AL | 39.00 | 24.65 | | | 961.35 |
| 10-18-15 | CHESTANG, HOWARD | JVCPAI-AL | 40.00 | 31.90 | 21.00 | 47.85 | 2280.85 |
| 10-18-15 | ETHRIDGE, MATTHEW | JVCPAI-AL | 40.00 | 20.30 | | | 812.00 |
| 10-18-15 | GRAY, JOSHUA | JVCPAI-AL | 40.00 | 27.55 | 15.50 | 41.33 | 1742.62 |
| 10-18-15 | GWIN, HOWARD | JVCPAI-AL | 40.00 | 30.45 | 7.50 | 45.68 | 1560.60 |
| 10-18-15 | JOHNSTON, ANTHONY | JVCPAI-AL | 40.00 | 20.30 | 15.00 | 30.45 | 1268.75 |
| 10-18-15 | POELLNITZ, REGINALD | JVCPAI-AL | 40.00 | 20.30 | 11.50 | 30.45 | 1162.18 |
| 10-18-15 | REYES-CARRANZA, EDWI | JVCPAI-AL | 40.00 | 30.45 | 16.50 | 45.68 | 1971.72 |
| 10-18-15 | SMITH, DAVIDSON | JVCPAI-AL | 40.00 | 21.75 | | | 870.00 |
| 10-18-15 | TANNER, JUSTIN | JVCPAI-AL | 40.00 | 11.60 | | | 464.00 |

**TERMS: DUE UPON RECEIPT**

| **TOTAL** | **$13,094.07** |
|---|---|

Questions About Your Account:  Phone: (251) 380-6622
Fax: (251) 380-6625

Page: 1

# INVOICE



**Tradesmen International**
*Productivity is Our Priority*

**Please remit payment to:**

**Tradesmen International, LLC**
**PO Box 677807**
**Dallas, TX 75267-7807**

**JVC COATINGS AND FABRICATION LLC**
**1877 SHELTON BEACH ROAD**

**SARALAND, AL 36571**

| INVOICE DATE: 10-18-2015 |
| INVOICE#: 2629543 |

**PO#: JVC PO**

Client#: 136600        MARINE ALABAMA        MKBSL

| WEEK ENDING | EMPLOYEE | POSITION | REGULAR HOURS | REGULAR RATE | OVERTIME HOURS | OVERTIME RATE | AMOUNT |
|---|---|---|---|---|---|---|---|
| 10-18-15 | REYES BADAY, ALEX | JVCPAI-AL | 40.00 | 14.50 | 16.50 | 21.75 | 938.88 |

**TERMS: DUE UPON RECEIPT**

| | TOTAL | $938.88 |

Questions About Your Account:   Phone: (251) 380-6622
Fax: (251) 380-6625

Page: 1

# INVOICE

**Tradesmen International**
*Productivity is Our Priority*

**Please remit payment to:**

**Tradesmen International, LLC**
**PO Box 677807**
**Dallas, TX 75267-7807**

**JVC COATINGS AND FABRICATION LLC**
**1877 SHELTON BEACH ROAD**

**SARALAND, AL 36571**

| INVOICE DATE: 10-18-2015 |
| INVOICE#: 2629544 |

**PO#: JVC PO**

Client#: 136600                    MARINE ALABAMA                    MKBSL

| WEEK ENDING | EMPLOYEE | POSITION | REGULAR HOURS | REGULAR RATE | OVERTIME HOURS | OVERTIME RATE | AMOUNT |
|---|---|---|---|---|---|---|---|
| 10-18-15 | BEAUGEZ, MICHAEL | JVCPAI-AL | 40.00 | 23.20 | 6.50 | 34.80 | 1154.20 |

| TERMS: DUE UPON RECEIPT | | TOTAL | $1,154.20 |

Questions About Your Account:   Phone: (251) 380-6622
                              Fax: (251) 380-6625

Page: 1

# INVOICE

**Tradesmen International.**
*Productivity is Our Priority*

**Please remit payment to:**

**Tradesmen International, LLC**
**PO Box 677807**
**Dallas, TX 75267-7807**

**JVC COATINGS AND FABRICATION LLC**
**1877 SHELTON BEACH ROAD**

**SARALAND, AL 36571**

| INVOICE DATE: 10-18-2015 |
|---|
| INVOICE#: 2629545 |

**PO#: JVC PO**

Client#: 136600       MARINE ALABAMA       MKBSL

| WEEK ENDING | EMPLOYEE | POSITION | REGULAR HOURS | REGULAR RATE | OVERTIME HOURS | OVERTIME RATE | AMOUNT |
|---|---|---|---|---|---|---|---|
| 10-18-15 | MCCANTS, STEVEN | JVCPAI-AL | 40.00 | 17.40 | 11.00 | 26.10 | 983.10 |

| TERMS: DUE UPON RECEIPT | | TOTAL | $983.10 |
|---|---|---|---|

Questions About Your Account:   Phone: (251) 380-6622
Fax: (251) 380-6625

Page: 1

# INVOICE

**Tradesmen International**
*Productivity is Our Priority*

**Please remit payment to:**

**Tradesmen International, LLC**
**PO Box 677807**
**Dallas, TX 75267-7807**

**JVC COATINGS AND FABRICATION LLC**
**1877 SHELTON BEACH ROAD**

**SARALAND, AL 36571**

| INVOICE DATE: 10-18-2015 |
| INVOICE#: 2629546 |

**PO#: JVC PO**

Client#: 136600 — MARINE ALABAMA — MKBSL

| WEEK ENDING | EMPLOYEE | POSITION | REGULAR HOURS | REGULAR RATE | OVERTIME HOURS | OVERTIME RATE | AMOUNT |
|---|---|---|---|---|---|---|---|
| 10-18-15 | GASPARD JR, CLAUDE | JVCPAI-AL | 40.00 | 33.35 | 2.00 | 52.20 | 1438.40 |
| 10-18-15 | HOWARD, DUSTIN | JVCPAI-AL | 40.00 | 17.40 | 15.00 | 26.10 | 1087.50 |
| 10-18-15 | LODEN, CHRISTIAN | JVCPAI-AL | 40.00 | 20.30 | 2.50 | 30.45 | 888.13 |
| 10-18-15 | SULLIVAN, MATTHEW | JVCPAI-AL | 40.00 | 20.30 | | | 812.00 |

| TERMS: DUE UPON RECEIPT | | TOTAL | $4,226.03 |

Questions About Your Account:  Phone: (251) 380-6622
Fax: (251) 380-6625

Page: 1

# INVOICE



**Tradesmen International**
**Productivity is Our Priority**

**Please remit payment to:**

**Tradesmen International, LLC**
**PO Box 677807**
**Dallas, TX 75267-7807**

**JVC COATINGS AND FABRICATION LLC**
**1877 SHELTON BEACH ROAD**

**SARALAND, AL 36571**

| INVOICE DATE: 10-18-2015 |
| --- |
| INVOICE#: 2629547 |

**PO#: JVC PO**

Client#: 136600          MARINE ALABAMA                    MKBSL

| WEEK ENDING | EMPLOYEE | POSITION | REGULAR HOURS | REGULAR RATE | OVERTIME HOURS | OVERTIME RATE | AMOUNT |
| --- | --- | --- | --- | --- | --- | --- | --- |
| 10-18-15 | WILLIAMS, TRAVONE | JVCPAI-AL | 40.00 | 20.30 | 15.50 | 30.45 | 1283.98 |

| TERMS: DUE UPON RECEIPT | | TOTAL | $1,283.98 |
| --- | --- | --- | --- |

Questions About Your Account:  Phone: (251) 380-6622
                                               Fax: (251) 380-6625

Page: 1

# INVOICE

**Tradesmen International.**
*Productivity is Our Priority*

Please remit payment to:

**Tradesmen International, LLC**
**PO Box 677807**
**Dallas, TX 75267-7807**

**JVC COATINGS AND FABRICATION LLC**
**1877 SHELTON BEACH ROAD**

**SARALAND, AL 36571**

| INVOICE DATE: 10-18-2015 |
| --- |
| INVOICE#: 2629548 |

**PO#: JVC PO**

Client#: 136600                    MARINE ALABAMA                    MKBSL

| WEEK ENDING | EMPLOYEE | POSITION | REGULAR HOURS | REGULAR RATE | OVERTIME HOURS | OVERTIME RATE | AMOUNT |
| --- | --- | --- | --- | --- | --- | --- | --- |
| 10-18-15 | SHEPHERD, SAMUEL | JVCPAI-AL | 34.00 | 18.85 | | | 640.90 |

| TERMS: DUE UPON RECEIPT | | TOTAL | $640.90 |
| --- | --- | --- | --- |

Questions About Your Account:   Phone: (251) 380-6622
                                               Fax: (251) 380-6625

Page: 1

# INVOICE



**Tradesmen International.**
*Productivity is Our Priority*

**JVC COATINGS AND FABRICATION LLC**
**1877 SHELTON BEACH ROAD**

**SARALAND, AL 36571**

**Please remit payment to:**

Tradesmen International, LLC
PO Box 677807
Dallas, TX 75267-7807

| INVOICE DATE: 10-18-2015 |
| --- |
| INVOICE#: 2629549 |

**PO#: JVC PO**

Client#: 136600              MARINE ALABAMA                                                      MKBSL

| WEEK ENDING | EMPLOYEE | POSITION | REGULAR HOURS | REGULAR RATE | OVERTIME HOURS | OVERTIME RATE | AMOUNT |
| --- | --- | --- | --- | --- | --- | --- | --- |
| 10-18-15 | DENMARK, ANDREW | JVCPAI-AL | 40.00 | 21.75 | 21.00 | 32.63 | 1555.23 |
| 10-18-15 | HUTCHINSON, JEFFREY | JVCPAI-AL | 34.00 | 20.30 | | | 690.20 |

| TERMS: DUE UPON RECEIPT | | TOTAL | $2,245.43 |
| --- | --- | --- | --- |

Questions About Your Account:   Phone: (251) 380-6622
                                Fax: (251) 380-6625

Page: 1

# INVOICE

**Please remit payment to:**

**Tradesmen International, LLC**
**PO Box 677807**
**Dallas, TX 75267-7807**

## Tradesmen International®
### Productivity is Our Priority

JVC COATINGS AND FABRICATION LLC
1877 SHELTON BEACH ROAD

SARALAND, AL 36571

| INVOICE DATE: 10-18-2015 |
| INVOICE#: 2629550 |

PO#: JVC PO

Client#: 136600                          MARINE ALABAMA                          MKBSL

| WEEK ENDING | EMPLOYEE | POSITION | REGULAR HOURS | REGULAR RATE | OVERTIME HOURS | OVERTIME RATE | AMOUNT |
|---|---|---|---|---|---|---|---|
| 10-18-15 | CHAPMAN, ZACHARY | JVCPAI-AL | 37.00 | 21.75 | | | 804.75 |
| 10-18-15 | TAYLOR, JON | JVCPAI-AL | 40.00 | 18.85 | 1.00 | 28.28 | 782.28 |
| 10-18-15 | WILLIAMSON, LARRY | JVCPAI-AL | 37.50 | 24.65 | | | 924.38 |

| TERMS: DUE UPON RECEIPT | | TOTAL | $2,511.41 |

Questions About Your Account:   Phone: (251) 380-6622
                                                    Fax: (251) 380-6625

# INVOICE

**Tradesmen International**
*Productivity is Our Priority*

**Please remit payment to:**

**Tradesmen International, LLC**
**PO Box 677807**
**Dallas, TX 75267-7807**

**JVC COATINGS AND FABRICATION LLC**
**1877 SHELTON BEACH ROAD**

**SARALAND, AL 36571**

| INVOICE DATE: 10-18-2015 |
| INVOICE#: 2629551 |

**PO#: JVC PO**

Client#: 136600          MARINE ALABAMA          MKBSL

| WEEK ENDING | EMPLOYEE | POSITION | REGULAR HOURS | REGULAR RATE | OVERTIME HOURS | OVERTIME RATE | AMOUNT |
|---|---|---|---|---|---|---|---|
| 10-18-15 | DENMARK, CHADWICK | JVCPAI-AL | 40.00 | 24.65 | 2.00 | 36.98 | 1059.96 |

| TERMS: DUE UPON RECEIPT | | TOTAL | $1,059.96 |

Questions About Your Account:   Phone: (251) 380-6622
Fax: (251) 380-6625

Page: 1

# INVOICE

**Tradesmen International**
*Productivity is Our Priority*

Please remit payment to:

**Tradesmen International, LLC**
**PO Box 677807**
**Dallas, TX 75267-7807**

**JVC COATINGS AND FABRICATION LLC**
**1877 SHELTON BEACH ROAD**

**SARALAND, AL 36571**

| INVOICE DATE: 10-25-2015 |
| INVOICE#: 2636217 |

PO#: JVC PO

Client#: 136600                           MARINE ALABAMA                           MKBSL

| WEEK ENDING | EMPLOYEE | POSITION | REGULAR HOURS | REGULAR RATE | OVERTIME HOURS | OVERTIME RATE | AMOUNT |
|---|---|---|---|---|---|---|---|
| 10-25-15 | CASH, RYAN | JVCPAI-AL | 36.00 | 27.55 | | | 991.80 |
| 10-25-15 | CHESTANG, HOWARD | JVCPAI-AL | 40.00 | 31.90 | | | 1276.00 |
| 10-25-15 | ETHRIDGE, MATTHEW | JVCPAI-AL | 40.00 | 20.30 | | | 812.00 |
| 10-25-15 | GRAY, JOSHUA | JVCPAI-AL | 37.00 | 27.55 | | | 1019.35 |
| 10-25-15 | GWIN, HOWARD | JVCPAI-AL | 32.00 | 30.45 | | | 974.40 |
| 10-25-15 | JOHNSTON, ANTHONY | JVCPAI-AL | 35.00 | 20.30 | | | 710.50 |
| 10-25-15 | POELLNITZ, REGINALD | JVCPAI-AL | 34.50 | 20.30 | | | 700.35 |
| 10-25-15 | REYES-CARRANZA, EDWI | JVCPAI-AL | 34.00 | 30.45 | | | 1035.30 |
| 10-25-15 | SMITH, DAVIDSON | JVCPAI-AL | 40.00 | 21.75 | | | 870.00 |
| 10-25-15 | TANNER, JUSTIN | JVCPAI-AL | 40.00 | 11.60 | | | 464.00 |

**TERMS: DUE UPON RECEIPT**

| TOTAL | $8,853.70 |

Questions About Your Account:   Phone: (251) 380-6622
Fax: (251) 380-6625

Page: 1

# INVOICE

**Tradesmen International.**

*Productivity is Our Priority*

**Please remit payment to:**

**Tradesmen International, LLC**
**PO Box 677807**
**Dallas, TX 75267-7807**

JVC COATINGS AND FABRICATION LLC
1877 SHELTON BEACH ROAD

SARALAND, AL 36571

| INVOICE DATE: 10-25-2015 |
| INVOICE#: 2636218 |

PO#: JVC PO

Client#: 136600                 MARINE ALABAMA                 MKBSL

| WEEK ENDING | EMPLOYEE | POSITION | REGULAR HOURS | REGULAR RATE | OVERTIME HOURS | OVERTIME RATE | AMOUNT |
|---|---|---|---|---|---|---|---|
| 10-25-15 | REYES BADAY, ALEX | JVCPAI-AL | 34.00 | 14.50 | | | 493.00 |

| TERMS: DUE UPON RECEIPT | | TOTAL | $493.00 |

Questions About Your Account:   Phone: (251) 380-6622
                         Fax: (251) 380-6625

Page: 1

# INVOICE

**Tradesmen International**

*Productivity is Our Priority*

**Please remit payment to:**

**Tradesmen International, LLC**
**PO Box 677807**
**Dallas, TX 75267-7807**

**JVC COATINGS AND FABRICATION LLC**
**1877 SHELTON BEACH ROAD**

**SARALAND, AL 36571**

| INVOICE DATE: 10-25-2015 |
| --- |
| INVOICE#: 2636219 |

**PO#: JVC PO**

Client#: 136600      MARINE ALABAMA      MKBSL

| WEEK ENDING | EMPLOYEE | POSITION | REGULAR HOURS | REGULAR RATE | OVERTIME HOURS | OVERTIME RATE | AMOUNT |
| --- | --- | --- | --- | --- | --- | --- | --- |
| 10-25-15 | BEAUGEZ, MICHAEL | JVCPAI-AL | 38.00 | 23.20 | | | 881.60 |

| TERMS: DUE UPON RECEIPT | | TOTAL | $881.60 |
| --- | --- | --- | --- |

Questions About Your Account:  Phone: (251) 380-6622
Fax: (251) 380-6625

Page: 1

# INVOICE

**Tradesmen International®**

*Productivity is Our Priority*

**Please remit payment to:**

Tradesmen International, LLC
PO Box 677807
Dallas, TX 75267-7807

JVC COATINGS AND FABRICATION LLC
1877 SHELTON BEACH ROAD

SARALAND, AL 36571

| INVOICE DATE: 10-25-2015 |
|---|
| INVOICE#: 2636220 |

PO#: JVC PO

Client#: 136600          MARINE ALABAMA                    MKBSL

| WEEK ENDING | EMPLOYEE | POSITION | REGULAR HOURS | REGULAR RATE | OVERTIME HOURS | OVERTIME RATE | AMOUNT |
|---|---|---|---|---|---|---|---|
| 10-25-15 | MCCANTS, STEVEN | JVCPAI-AL | 35.00 | 17.40 | | | 609.00 |

| TERMS: DUE UPON RECEIPT | | TOTAL | $609.00 |
|---|---|---|---|

Questions About Your Account:  Phone: (251) 380-6622
Fax: (251) 380-6625

Page: 1

# INVOICE

**Please remit payment to:**

**Tradesmen International, LLC**
**PO Box 677807**
**Dallas, TX 75267-7807**

**Tradesmen International.**
*Productivity is Our Priority*

**JVC COATINGS AND FABRICATION LLC**
**1877 SHELTON BEACH ROAD**

**SARALAND, AL 36571**

| INVOICE DATE: 10-25-2015 |
| INVOICE#: 2636221 |

**PO#: JVC PO**

Client#: 136600                    MARINE ALABAMA                    MKBSL

| WEEK ENDING | EMPLOYEE | POSITION | REGULAR HOURS | REGULAR RATE | OVERTIME HOURS | OVERTIME RATE | AMOUNT |
|---|---|---|---|---|---|---|---|
| 10-25-15 | GASPARD JR, CLAUDE | JVCPAI-AL | 37.00 | 33.35 | | | 1233.95 |
| 10-25-15 | HOWARD, DUSTIN | JVCPAI-AL | 35.00 | 17.40 | | | 609.00 |
| 10-25-15 | LODEN, CHRISTIAN | JVCPAI-AL | 40.00 | 20.30 | 0.50 | 30.45 | 827.23 |
| 10-25-15 | SULLIVAN, MATTHEW | JVCPAI-AL | 29.00 | 20.30 | | | 588.70 |

| TERMS: DUE UPON RECEIPT | | TOTAL | $3,258.88 |

Questions About Your Account:  Phone: (251) 380-6622
Fax: (251) 380-6625

Page: 1

# INVOICE

**Tradesmen International**®
*Productivity is Our Priority*

**Please remit payment to:**

**Tradesmen International, LLC**
PO Box 677807
Dallas, TX 75267-7807

JVC COATINGS AND FABRICATION LLC
1877 SHELTON BEACH ROAD

SARALAND, AL 36571

| | |
|---|---|
| **INVOICE DATE: 10-25-2015** |
| **INVOICE#: 2636222** |

**PO#: JVC PO**

Client#: 136600                          MARINE ALABAMA                          MKBSL

| WEEK ENDING | EMPLOYEE | POSITION | REGULAR HOURS | REGULAR RATE | OVERTIME HOURS | OVERTIME RATE | AMOUNT |
|---|---|---|---|---|---|---|---|
| 10-25-15 | WILLIAMS, TRAVONE | JVCPAI-AL | 31.50 | 20.30 | | | 639.45 |

| **TERMS: DUE UPON RECEIPT** | | **TOTAL** | **$639.45** |
|---|---|---|---|

Questions About Your Account:   Phone: (251) 380-6622
                                                    Fax: (251) 380-6625

Page: 1

# INVOICE

**Tradesmen International**
*Productivity is Our Priority*

**Please remit payment to:**

**Tradesmen International, LLC**
**PO Box 677807**
**Dallas, TX 75267-7807**

**JVC COATINGS AND FABRICATION LLC**
**1877 SHELTON BEACH ROAD**

**SARALAND, AL 36571**

| INVOICE DATE: 10-25-2015 |
| --- |
| INVOICE#: 2636223 |

**PO#: JVC PO**

Client#: 136600                    MARINE ALABAMA                    MKBSL

| WEEK ENDING | EMPLOYEE | POSITION | REGULAR HOURS | REGULAR RATE | OVERTIME HOURS | OVERTIME RATE | AMOUNT |
| --- | --- | --- | --- | --- | --- | --- | --- |
| 10-25-15 | SHEPHERD, SAMUEL | JVCPAI-AL | 26.50 | 18.85 | | | 499.53 |

| TERMS: DUE UPON RECEIPT | | TOTAL | $499.53 |
| --- | --- | --- | --- |

Questions About Your Account:   Phone: (251) 380-6622
                                                    Fax: (251) 380-6625

Page: 1

# INVOICE

**Tradesmen International**®
*Productivity is Our Priority*

**Please remit payment to:**

Tradesmen International, LLC
PO Box 677807
Dallas, TX 75267-7807

**JVC COATINGS AND FABRICATION LLC**
**1877 SHELTON BEACH ROAD**

**SARALAND, AL 36571**

| INVOICE DATE: 10-25-2015 |
|---|
| INVOICE#: 2636224 |

**PO#: JVC PO**

Client#: 136600      MARINE ALABAMA      MKBSL

| WEEK ENDING | EMPLOYEE | POSITION | REGULAR HOURS | REGULAR RATE | OVERTIME HOURS | OVERTIME RATE | AMOUNT |
|---|---|---|---|---|---|---|---|
| 10-25-15 | DENMARK, ANDREW | JVCPAI-AL | 23.50 | 21.75 | | | 511.13 |
| 10-25-15 | HUTCHINSON, JEFFREY | JVCPAI-AL | 40.00 | 20.30 | | | 812.00 |

**TERMS: DUE UPON RECEIPT**

| | TOTAL | $1,323.13 |
|---|---|---|

Questions About Your Account:   Phone: (251) 380-6622
Fax: (251) 380-6625

Page: 1

# INVOICE

**Tradesmen International** ®

*Productivity is Our Priority*

**Please remit payment to:**

**Tradesmen International, LLC**
**PO Box 677807**
**Dallas, TX 75267-7807**

**JVC COATINGS AND FABRICATION LLC**
**1877 SHELTON BEACH ROAD**

**SARALAND, AL 36571**

| INVOICE DATE: 10-25-2015 |
| INVOICE#: 2636225 |

**PO#: JVC PO**

Client#: 136600                    MARINE ALABAMA                    MKBSL

| WEEK ENDING | EMPLOYEE | POSITION | REGULAR HOURS | REGULAR RATE | OVERTIME HOURS | OVERTIME RATE | AMOUNT |
|---|---|---|---|---|---|---|---|
| 10-25-15 | CHAPMAN, ZACHARY | JVCPAI-AL | 32.00 | 21.75 | | | 696.00 |
| 10-25-15 | TAYLOR, JON | JVCPAI-AL | 32.00 | 18.85 | | | 603.20 |
| 10-25-15 | WILLIAMSON, LARRY | JVCPAI-AL | 24.50 | 24.65 | | | 603.93 |

**TERMS: DUE UPON RECEIPT**

| TOTAL | $1,903.13 |

Questions About Your Account:   Phone: (251) 380-6622
                                                Fax: (251) 380-6625

Page: 1

# INVOICE



## Tradesmen International®
### Productivity Is Our Priority

**Please remit payment to:**

**Tradesmen International, LLC**
**PO Box 677807**
**Dallas, TX 75267-7807**

**JVC COATINGS AND FABRICATION LLC**
**1877 SHELTON BEACH ROAD**

**SARALAND, AL 36571**

| INVOICE DATE: 10-25-2015 |
| --- |
| INVOICE#: 2636226 |

**PO#: JVC PO**

Client#: 136600                 MARINE ALABAMA                 MKBSL

| WEEK ENDING | EMPLOYEE | POSITION | REGULAR HOURS | REGULAR RATE | OVERTIME HOURS | OVERTIME RATE | AMOUNT |
| --- | --- | --- | --- | --- | --- | --- | --- |
| 10-25-15 | DENMARK, CHADWICK | JVCPAI-AL | 28.00 | 24.65 | | | 690.20 |

| TERMS: DUE UPON RECEIPT | | TOTAL | $690.20 |
| --- | --- | --- | --- |

Questions About Your Account:   Phone: (251) 380-6622
                                                  Fax: (251) 380-6625

Page: 1

# INVOICE

**Tradesmen International®**

*Productivity is Our Priority*

Please remit payment to:

**Tradesmen International, LLC
PO Box 677807
Dallas, TX 75267-7807**

**JVC COATINGS AND FABRICATION LLC
1877 SHELTON BEACH ROAD**

**SARALAND, AL 36571**

| INVOICE DATE: 10-25-2015 |
| INVOICE#: 2636227 |

**PO#: JVC PO**

Client#: 136600                           MARINE ALABAMA                           MKBSL

| WEEK ENDING | EMPLOYEE | POSITION | REGULAR HOURS | REGULAR RATE | OVERTIME HOURS | OVERTIME RATE | AMOUNT |
|---|---|---|---|---|---|---|---|
| 10-25-15 | BROWN, STEVEN | JVCPAI-AL | 23.50 | 23.20 | | | 545.20 |
| 10-25-15 | GARDNER, TAYLOR | JVCPAI-AL | 8.00 | 26.10 | | | 208.80 |
| 10-25-15 | JONES, ROBERT | JVCPAI-AL | 36.00 | 20.30 | | | 730.80 |

| TERMS: DUE UPON RECEIPT | TOTAL | $1,484.80 |

Questions About Your Account:   Phone: (251) 380-6622
                                              Fax: (251) 380-6625

Page: 1

# INVOICE



**Productivity is Our Priority**

JVC COATINGS AND FABRICATION LLC
1877 SHELTON BEACH ROAD

SARALAND, AL 36571

**Please remit payment to:**

Tradesmen International, LLC
PO Box 677807
Dallas, TX 75267-7807

| INVOICE DATE: 11-01-2015 |
|---|
| INVOICE#: 2642619 |

PO#: JVC PO

Client#: 136600     MARINE ALABAMA     MKBSL

| WEEK ENDING | EMPLOYEE | POSITION | REGULAR HOURS | REGULAR RATE | OVERTIME HOURS | OVERTIME RATE | AMOUNT |
|---|---|---|---|---|---|---|---|
| 11-01-15 | CASH, RYAN | JVCPAI-AL | 40.00 | 27.55 | 2.50 | 41.33 | 1205.33 |
| 11-01-15 | CHESTANG, HOWARD | JVCPAI-AL | 40.00 | 31.90 | 20.00 | 47.85 | 2233.00 |
| 11-01-15 | ETHRIDGE, MATTHEW | JVCPAI-AL | 40.00 | 21.75 | | | 870.00 |
| 11-01-15 | GRAY, JOSHUA | JVCPAI-AL | 40.00 | 27.55 | 1.00 | 41.33 | 1143.33 |
| 11-01-15 | GWIN, HOWARD | JVCPAI-AL | 40.00 | 30.45 | 0.50 | 45.68 | 1240.84 |
| 11-01-15 | JOHNSTON, ANTHONY | JVCPAI-AL | 40.00 | 20.30 | 0.50 | 30.45 | 827.23 |
| 11-01-15 | POELLNITZ, REGINALD | JVCPAI-AL | 40.00 | 20.30 | 0.50 | 30.45 | 827.23 |
| 11-01-15 | REYES-CARRANZA, EDWI | JVCPAI-AL | 40.00 | 30.45 | 17.50 | 45.68 | 2017.40 |
| 11-01-15 | SMITH, DAVIDSON | JVCPAI-AL | 40.00 | 22.47 | | | 898.80 |
| 11-01-15 | TANNER, JUSTIN | JVCPAI-AL | 40.00 | 11.60 | | | 464.00 |

**TERMS: DUE UPON RECEIPT**

| TOTAL | $11,727.16 |
|---|---|

Questions About Your Account:   Phone: (251) 380-6622
Fax: (251) 380-6625

# INVOICE

**Tradesmen International®**
*Productivity is Our Priority*

**Please remit payment to:**

**Tradesmen International, LLC**
**PO Box 677807**
**Dallas, TX 75267-7807**

**JVC COATINGS AND FABRICATION LLC**
**1877 SHELTON BEACH ROAD**

**SARALAND, AL 36571**

| INVOICE DATE: 11-01-2015 |
|---|
| **INVOICE#: 2642620** |

**PO#: JVC PO**

Client#: 136600                    MARINE ALABAMA                    MKBSL

| WEEK ENDING | EMPLOYEE | POSITION | REGULAR HOURS | REGULAR RATE | OVERTIME HOURS | OVERTIME RATE | AMOUNT |
|---|---|---|---|---|---|---|---|
| 11-01-15 | REYES BADAY, ALEX | JVCPAI-AL | 40.00 | 17.40 | 11.00 | 26.10 | 983.10 |

| TERMS: DUE UPON RECEIPT | | TOTAL | $983.10 |
|---|---|---|---|

Questions About Your Account:   Phone: (251) 380-6622
                                Fax: (251) 380-6625

Page: 1

# INVOICE



**Productivity is Our Priority**

**JVC COATINGS AND FABRICATION LLC**
**1877 SHELTON BEACH ROAD**

**SARALAND, AL 36571**

**Please remit payment to:**

**Tradesmen International, LLC**
**PO Box 677807**
**Dallas, TX 75267-7807**

| INVOICE DATE: 11-01-2015 |
|---|
| INVOICE#: 2642621 |

PO#: JVC PO

Client#: 136600                    MARINE ALABAMA                    MKBSL

| WEEK ENDING | EMPLOYEE | POSITION | REGULAR HOURS | REGULAR RATE | OVERTIME HOURS | OVERTIME RATE | AMOUNT |
|---|---|---|---|---|---|---|---|
| 11-01-15 | BEAUGEZ, MICHAEL | JVCPAI-AL | 20.00 | 23.20 | | | 464.00 |

| | TERMS: DUE UPON RECEIPT | | | | | TOTAL | $464.00 |
|---|---|---|---|---|---|---|---|

Questions About Your Account:   Phone: (251) 380-6622
Fax: (251) 380-6625

Page: 1

# INVOICE

**Tradesmen International**
*Productivity is Our Priority*

**Please remit payment to:**

**Tradesmen International, LLC**
**PO Box 677807**
**Dallas, TX 75267-7807**

**JVC COATINGS AND FABRICATION LLC**
**1877 SHELTON BEACH ROAD**

**SARALAND, AL 36571**

| INVOICE DATE: 11-01-2015 |
| --- |
| INVOICE#: 2642622 |

**PO#: JVC PO**

Client#: 136600                     MARINE ALABAMA                     MKBSL

| WEEK ENDING | EMPLOYEE | POSITION | REGULAR HOURS | REGULAR RATE | OVERTIME HOURS | OVERTIME RATE | AMOUNT |
| --- | --- | --- | --- | --- | --- | --- | --- |
| 11-01-15 | MCCANTS, STEVEN | JVCPAI-AL | 40.00 | 17.40 | 0.50 | 26.10 | 709.05 |

| TERMS: DUE UPON RECEIPT | | TOTAL | $709.05 |
| --- | --- | --- | --- |

Questions About Your Account:   Phone: (251) 380-6622
                                Fax: (251) 380-6625

Page: 1



# INVOICE

**Please remit payment to:**

**Tradesmen International, LLC**
**PO Box 677807**
**Dallas, TX 75267-7807**

**JVC COATINGS AND FABRICATION LLC**
**1877 SHELTON BEACH ROAD**

**SARALAND, AL 36571**

| INVOICE DATE: 11-01-2015 |
| --- |
| INVOICE#: 2642623 |

**PO#: JVC PO**

Client#: 136600　　　　　　　　　　MARINE ALABAMA　　　　　　　　　　MKBSL

| WEEK ENDING | EMPLOYEE | POSITION | REGULAR HOURS | REGULAR RATE | OVERTIME HOURS | OVERTIME RATE | AMOUNT |
| --- | --- | --- | --- | --- | --- | --- | --- |
| 11-01-15 | GASPARD JR, CLAUDE | JVCPAI-AL | 40.00 | 33.35 | 0.50 | 52.20 | 1360.10 |
| 11-01-15 | HOWARD, DUSTIN | JVCPAI-AL | 40.00 | 17.40 | 0.50 | 26.10 | 709.05 |
| 11-01-15 | LODEN, CHRISTIAN | JVCPAI-AL | 40.00 | 20.30 | 3.00 | 30.45 | 903.35 |
| 11-01-15 | SULLIVAN, MATTHEW | JVCPAI-AL | 40.00 | 20.30 | | | 812.00 |

| TERMS: DUE UPON RECEIPT | | TOTAL | $3,784.50 |
| --- | --- | --- | --- |

Questions About Your Account:　Phone: (251) 380-6622
　　　　　　　　　　　　　　　　　Fax: (251) 380-6625

Page: 1

# INVOICE

**Tradesmen International**
*Productivity is Our Priority*

**Please remit payment to:**

**Tradesmen International, LLC**
**PO Box 677807**
**Dallas, TX 75267-7807**

**JVC COATINGS AND FABRICATION LLC**
**1877 SHELTON BEACH ROAD**

**SARALAND, AL 36571**

| INVOICE DATE: 11-01-2015 |
|---|
| INVOICE#: 2642624 |

**PO#: JVC PO**

Client#: 136600     MARINE ALABAMA     MKBSL

| WEEK ENDING | EMPLOYEE | POSITION | REGULAR HOURS | REGULAR RATE | OVERTIME HOURS | OVERTIME RATE | AMOUNT |
|---|---|---|---|---|---|---|---|
| 11-01-15 | WILLIAMS, TRAVONE | JVCPAI-AL | 40.00 | 20.30 | 4.00 | 30.45 | 933.80 |

| TERMS: DUE UPON RECEIPT | | | TOTAL | $933.80 |
|---|---|---|---|---|

Questions About Your Account:   Phone: (251) 380-6622
Fax: (251) 380-6625

Page: 1

# INVOICE

**Tradesmen International®**
*Productivity is Our Priority*

**Please remit payment to:**

Tradesmen International, LLC
PO Box 677807
Dallas, TX 75267-7807

JVC COATINGS AND FABRICATION LLC
1877 SHELTON BEACH ROAD

SARALAND, AL 36571

| INVOICE DATE: 11-01-2015 |
|---|
| INVOICE#: 2642625 |

**PO#: JVC PO**

Client#: 136600          MARINE ALABAMA                    MKBSL

| WEEK ENDING | EMPLOYEE | POSITION | REGULAR HOURS | REGULAR RATE | OVERTIME HOURS | OVERTIME RATE | AMOUNT |
|---|---|---|---|---|---|---|---|
| 11-01-15 | SHEPHERD, SAMUEL | JVCPAI-AL | 40.00 | 20.30 | 4.50 | 30.45 | 949.03 |

**TERMS: DUE UPON RECEIPT**

| | TOTAL | $949.03 |
|---|---|---|

Questions About Your Account:   Phone: (251) 380-6622
                                Fax: (251) 380-6625

Page: 1

# INVOICE

**Tradesmen International®**
*Productivity is Our Priority*

**Please remit payment to:**

**Tradesmen International, LLC**
**PO Box 677807**
**Dallas, TX 75267-7807**

**JVC COATINGS AND FABRICATION LLC**
**1877 SHELTON BEACH ROAD**

**SARALAND, AL 36571**

| INVOICE DATE: 11-01-2015 |
| --- |
| INVOICE#: 2642626 |

**PO#: JVC PO**

Client#: 136600                    MARINE ALABAMA                    MKBSL

| WEEK ENDING | EMPLOYEE | POSITION | REGULAR HOURS | REGULAR RATE | OVERTIME HOURS | OVERTIME RATE | AMOUNT |
| --- | --- | --- | --- | --- | --- | --- | --- |
| 11-01-15 | DENMARK, ANDREW | JVCPAI-AL | 18.00 | 21.75 | | | 391.50 |
| 11-01-15 | HUTCHINSON, JEFFREY | JVCPAI-AL | 40.00 | 20.30 | 2.50 | 30.45 | 888.13 |

| TERMS: DUE UPON RECEIPT | | TOTAL | $1,279.63 |
| --- | --- | --- | --- |

Questions About Your Account:   Phone: (251) 380-6622
                               Fax: (251) 380-6625

Page: 1

# INVOICE

**Tradesmen International®**

*Productivity is Our Priority*

**Please remit payment to:**

**Tradesmen International, LLC
PO Box 677807
Dallas, TX 75267-7807**

**JVC COATINGS AND FABRICATION LLC
1877 SHELTON BEACH ROAD**

**SARALAND, AL 36571**

| INVOICE DATE: 11-01-2015 |
| --- |
| INVOICE#: 2642627 |

**PO#: JVC PO**

Client#: 136600 · MARINE ALABAMA · MKBSL

| WEEK ENDING | EMPLOYEE | POSITION | REGULAR HOURS | REGULAR RATE | OVERTIME HOURS | OVERTIME RATE | AMOUNT |
| --- | --- | --- | --- | --- | --- | --- | --- |
| 11-01-15 | CHAPMAN, ZACHARY | JVCPAI-AL | 40.00 | 21.75 | 11.50 | 32.63 | 1245.25 |
| 11-01-15 | TAYLOR, JON | JVCPAI-AL | 17.50 | 18.85 | | | 329.88 |
| 11-01-15 | WILLIAMSON, LARRY | JVCPAI-AL | 4.00 | 24.65 | | | 98.60 |

| TERMS: DUE UPON RECEIPT | | TOTAL | $1,673.73 |
| --- | --- | --- | --- |

Questions About Your Account:   Phone: (251) 380-6622
Fax: (251) 380-6625

Page: 1

# INVOICE

**Tradesmen International**®

*Productivity is Our Priority*

**Please remit payment to:**

**Tradesmen International, LLC**
**PO Box 677807**
**Dallas, TX 75267-7807**

**JVC COATINGS AND FABRICATION LLC**
**1877 SHELTON BEACH ROAD**

**SARALAND, AL 36571**

| INVOICE DATE: 11-01-2015 |
| INVOICE#: 2642628 |

**PO#: JVC PO**

Client#: 136600                                    MARINE ALABAMA                                    MKBSL

| WEEK ENDING | EMPLOYEE | POSITION | REGULAR HOURS | REGULAR RATE | OVERTIME HOURS | OVERTIME RATE | AMOUNT |
|---|---|---|---|---|---|---|---|
| 11-01-15 | DENMARK, CHADWICK | JVCPAI-AL | 40.00 | 23.93 | 2.50 | 35.89 | 1046.93 |

| TERMS: DUE UPON RECEIPT | | TOTAL | $1,046.93 |

Questions About Your Account:   Phone: (251) 380-6622
                                                    Fax: (251) 380-6625

Page: 1

# INVOICE

**Please remit payment to:**

Tradesmen International, LLC
PO Box 677807
Dallas, TX 75267-7807

**Tradesmen International.**
*Productivity is Our Priority*

**JVC COATINGS AND FABRICATION LLC**
**1877 SHELTON BEACH ROAD**

**SARALAND, AL 36571**

| INVOICE DATE: 11-01-2015 |
| INVOICE#: 2642629 |

**PO#: JVC PO**

Client#: 136600 · MARINE ALABAMA · MKBSL

| WEEK ENDING | EMPLOYEE | POSITION | REGULAR HOURS | REGULAR RATE | OVERTIME HOURS | OVERTIME RATE | AMOUNT |
|---|---|---|---|---|---|---|---|
| 11-01-15 | BROWN, STEVEN | JVCPAI-AL | 18.00 | 23.20 | | | 417.60 |
| 11-01-15 | GARDNER, TAYLOR | JVCPAI-AL | 40.00 | 26.10 | 1.50 | 39.15 | 1102.73 |
| 11-01-15 | JONES, ROBERT | JVCPAI-AL | 39.50 | 20.30 | | | 801.85 |

| TERMS: DUE UPON RECEIPT | | TOTAL | $2,322.18 |

# INVOICE

**Tradesmen International** ®
*Productivity is Our Priority*

Please remit payment to:

Tradesmen International, LLC
PO Box 677807
Dallas, TX 75267-7807

**JVC COATINGS AND FABRICATION LLC**
**1877 SHELTON BEACH ROAD**

**SARALAND, AL 36571**

| INVOICE DATE: 11-08-2015 |
| INVOICE#: 2649372 |

PO#: JVC PO

Client#: 136600                    MARINE ALABAMA                    MKBSL

| WEEK ENDING | EMPLOYEE | POSITION | REGULAR HOURS | REGULAR RATE | OVERTIME HOURS | OVERTIME RATE | AMOUNT |
|---|---|---|---|---|---|---|---|
| 11-08-15 | CASH, RYAN | JVCPAI-AL | 40.00 | 27.55 | 9.50 | 41.33 | 1494.64 |
| 11-08-15 | CHESTANG, HOWARD | JVCPAI-AL | 40.00 | 31.90 | 6.50 | 47.85 | 1587.03 |
| 11-08-15 | ETHRIDGE, MATTHEW | JVCPAI-AL | 40.00 | 21.75 | 8.50 | 32.63 | 1147.36 |
| 11-08-15 | GRAY, JOSHUA | JVCPAI-AL | 40.00 | 27.55 | 12.00 | 41.33 | 1597.96 |
| 11-08-15 | GWIN, HOWARD | JVCPAI-AL | 40.00 | 30.45 | 10.00 | 45.68 | 1674.80 |
| 11-08-15 | JOHNSTON, ANTHONY | JVCPAI-AL | 40.00 | 20.30 | 11.00 | 30.45 | 1146.95 |
| 11-08-15 | POELLNITZ, REGINALD | JVCPAI-AL | 40.00 | 20.30 | 11.50 | 30.45 | 1162.18 |
| 11-08-15 | REYES-CARRANZA, EDWI | JVCPAI-AL | 40.00 | 30.45 | 10.00 | 45.68 | 1674.80 |
| 11-08-15 | SMITH, DAVIDSON | JVCPAI-AL | 40.00 | 22.47 | 8.00 | 33.70 | 1168.40 |
| 11-08-15 | TANNER, JUSTIN | JVCPAI-AL | 40.00 | 11.60 | | | 464.00 |

**TERMS: DUE UPON RECEIPT**

| | TOTAL | $13,118.12 |

Questions About Your Account:  Phone: (251) 380-6622
Fax: (251) 380-6625

Page: 1

# INVOICE

**Tradesmen International**
*Productivity Is Our Priority*

**Please remit payment to:**

Tradesmen International, LLC
PO Box 677807
Dallas, TX 75267-7807

**JVC COATINGS AND FABRICATION LLC**
**1877 SHELTON BEACH ROAD**

**SARALAND, AL 36571**

| INVOICE DATE: 11-08-2015 |
| --- |
| INVOICE#: 2649373 |

PO#: JVC PO

Client#: 136600      MARINE ALABAMA      MKBSL

| WEEK ENDING | EMPLOYEE | POSITION | REGULAR HOURS | REGULAR RATE | OVERTIME HOURS | OVERTIME RATE | AMOUNT |
| --- | --- | --- | --- | --- | --- | --- | --- |
| 11-08-15 | REYES BADAY, ALEX | JVCPAI-AL | 40.00 | 17.40 | 10.00 | 26.10 | 957.00 |

| TERMS: DUE UPON RECEIPT | | TOTAL | $957.00 |
| --- | --- | --- | --- |

Questions About Your Account:   Phone: (251) 380-6622
Fax: (251) 380-6625

Page: 1

# INVOICE

**Tradesmen International**
*Productivity is Our Priority*

Please remit payment to:

**Tradesmen International, LLC**
**PO Box 677807**
**Dallas, TX 75267-7807**

**JVC COATINGS AND FABRICATION LLC**
**1877 SHELTON BEACH ROAD**

**SARALAND, AL 36571**

| INVOICE DATE: 11-08-2015 |
| INVOICE#: 2649374 |

**PO#: JVC PO**

Client#: 136600                    MARINE ALABAMA                    MKBSL

| WEEK ENDING | EMPLOYEE | POSITION | REGULAR HOURS | REGULAR RATE | OVERTIME HOURS | OVERTIME RATE | AMOUNT |
|---|---|---|---|---|---|---|---|
| 11-08-15 | BEAUGEZ, MICHAEL | JVCPAI-AL | 40.00 | 23.20 | | | 928.00 |

| TERMS: DUE UPON RECEIPT | | TOTAL | $928.00 |

Questions About Your Account:   Phone: (251) 380-6622
                                                    Fax: (251) 380-6625

Page: 1

# INVOICE

**Tradesmen International**
*Productivity is Our Priority*

**Please remit payment to:**

**Tradesmen International, LLC**
**PO Box 677807**
**Dallas, TX 75267-7807**

**JVC COATINGS AND FABRICATION LLC**
**1877 SHELTON BEACH ROAD**

**SARALAND, AL 36571**

| INVOICE DATE: 11-08-2015 |
| INVOICE#: 2649375 |

**PO#: JVC PO**

Client#: 136600                    MARINE ALABAMA                    MKBSL

| WEEK ENDING | EMPLOYEE | POSITION | REGULAR HOURS | REGULAR RATE | OVERTIME HOURS | OVERTIME RATE | AMOUNT |
|---|---|---|---|---|---|---|---|
| 11-08-15 | MCCANTS, STEVEN | JVCPAI-AL | 40.00 | 17.40 | 11.50 | 26.10 | 996.15 |

| TERMS: DUE UPON RECEIPT | | | | | | TOTAL | $996.15 |

Questions About Your Account:   Phone: (251) 380-6622
                                Fax: (251) 380-6625

Page: 1

# INVOICE

**Tradesmen International**
*Productivity is Our Priority*

**Please remit payment to:**

**Tradesmen International, LLC**
**PO Box 677807**
**Dallas, TX 75267-7807**

**JVC COATINGS AND FABRICATION LLC**
**1877 SHELTON BEACH ROAD**

**SARALAND, AL 36571**

| INVOICE DATE: 11-08-2015 |
| :---: |
| INVOICE#: 2649376 |

**PO#: JVC PO**

Client#: 136600                MARINE ALABAMA                MKBSL

| WEEK ENDING | EMPLOYEE | POSITION | REGULAR HOURS | REGULAR RATE | OVERTIME HOURS | OVERTIME RATE | AMOUNT |
| --- | --- | --- | --- | --- | --- | --- | --- |
| 11-08-15 | GASPARD JR, CLAUDE | JVCPAI-AL | 39.00 | 33.35 | | | 1300.65 |
| 11-08-15 | HOWARD, DUSTIN | JVCPAI-AL | 40.00 | 17.40 | 11.00 | 26.10 | 983.10 |
| 11-08-15 | LODEN, CHRISTIAN | JVCPAI-AL | 40.00 | 20.30 | 1.00 | 30.45 | 842.45 |
| 11-08-15 | SULLIVAN, MATTHEW | JVCPAI-AL | 40.00 | 20.30 | 8.00 | 30.45 | 1055.60 |

| TERMS: DUE UPON RECEIPT | TOTAL | $4,181.80 |
| --- | :---: | --- |

Questions About Your Account:   Phone: (251) 380-6622
                                                      Fax: (251) 380-6625

Page: 1

# INVOICE

**Tradesmen International**
*Productivity is Our Priority*

**Please remit payment to:**

**Tradesmen International, LLC**
**PO Box 677807**
**Dallas, TX 75267-7807**

**JVC COATINGS AND FABRICATION LLC**
**1877 SHELTON BEACH ROAD**

**SARALAND, AL 36571**

| INVOICE DATE: 11-08-2015 |
| INVOICE#: 2649377 |

**PO#: JVC PO**

Client#: 136600                          MARINE ALABAMA                          MKBSL

| WEEK ENDING | EMPLOYEE | POSITION | REGULAR HOURS | REGULAR RATE | OVERTIME HOURS | OVERTIME RATE | AMOUNT |
|---|---|---|---|---|---|---|---|
| 11-08-15 | SHEPHERD, SAMUEL | JVCPAI-AL | 35.00 | 20.30 | | | 710.50 |

| TERMS: DUE UPON RECEIPT | | TOTAL | $710.50 |

Questions About Your Account:   Phone: (251) 380-6622
                                                        Fax: (251) 380-6625

Page: 1

# INVOICE

**Please remit payment to:**

Tradesmen International, LLC
PO Box 677807
Dallas, TX 75267-7807

**Tradesmen International®**
*Productivity is Our Priority*

JVC COATINGS AND FABRICATION LLC
1877 SHELTON BEACH ROAD

SARALAND, AL 36571

| INVOICE DATE: 11-08-2015 |
|---|
| INVOICE#: 2649378 |

**PO#: JVC PO**

Client#: 136600      MARINE ALABAMA      MKBSL

| WEEK ENDING | EMPLOYEE | POSITION | REGULAR HOURS | REGULAR RATE | OVERTIME HOURS | OVERTIME RATE | AMOUNT |
|---|---|---|---|---|---|---|---|
| 11-08-15 | HUTCHINSON, JEFFREY | JVCPAI-AL | 25.00 | 20.30 | | | 507.50 |

| TERMS: DUE UPON RECEIPT | | TOTAL | $507.50 |
|---|---|---|---|

Questions About Your Account:  Phone: (251) 380-6622
Fax: (251) 380-6625

Page: 1

# INVOICE

**Tradesmen International**
*Productivity is Our Priority*

**Please remit payment to:**

**Tradesmen International, LLC**
**PO Box 677807**
**Dallas, TX 75267-7807**

**JVC COATINGS AND FABRICATION LLC**
**1877 SHELTON BEACH ROAD**

**SARALAND, AL 36571**

| INVOICE DATE: 11-08-2015 |
|---|
| INVOICE#: 2649379 |

**PO#: JVC PO**

Client#: 136600      MARINE ALABAMA      MKBSL

| WEEK ENDING | EMPLOYEE | POSITION | REGULAR HOURS | REGULAR RATE | OVERTIME HOURS | OVERTIME RATE | AMOUNT |
|---|---|---|---|---|---|---|---|
| 11-08-15 | CHAPMAN, ZACHARY | JVCPAI-AL | 40.00 | 21.75 | 6.00 | 32.63 | 1065.78 |

| TERMS: DUE UPON RECEIPT | | TOTAL | $1,065.78 |
|---|---|---|---|

Questions About Your Account:  Phone: (251) 380-6622
Fax: (251) 380-6625

# INVOICE



## Tradesmen International®
### Productivity is Our Priority

**Please remit payment to:**

**Tradesmen International, LLC**
**PO Box 677807**
**Dallas, TX 75267-7807**

**JVC COATINGS AND FABRICATION LLC**
**1877 SHELTON BEACH ROAD**

**SARALAND, AL 36571**

| INVOICE DATE: 11-08-2015 |
|---|
| INVOICE#: 2649380 |

**PO#: JVC PO**

Client#: 136600                    MARINE ALABAMA                    MKBSL

| WEEK ENDING | EMPLOYEE | POSITION | REGULAR HOURS | REGULAR RATE | OVERTIME HOURS | OVERTIME RATE | AMOUNT |
|---|---|---|---|---|---|---|---|
| 11-08-15 | DENMARK, CHADWICK | JVCPAI-AL | 40.00 | 24.65 | | | 986.00 |

**TERMS: DUE UPON RECEIPT**

| TOTAL | $986.00 |
|---|---|

Questions About Your Account:   Phone: (251) 380-6622
                                                    Fax: (251) 380-6625

Page: 1

# INVOICE

**Tradesmen International**
*Productivity is Our Priority*

**Please remit payment to:**

**Tradesmen International, LLC**
**PO Box 677807**
**Dallas, TX 75267-7807**

**JVC COATINGS AND FABRICATION LLC**
**1877 SHELTON BEACH ROAD**

**SARALAND, AL 36571**

| INVOICE DATE: 11-08-2015 |
| INVOICE#: 2649381 |

**PO#: JVC PO**

Client#: 136600                    MARINE ALABAMA                    MKBSL

| WEEK ENDING | EMPLOYEE | POSITION | REGULAR HOURS | REGULAR RATE | OVERTIME HOURS | OVERTIME RATE | AMOUNT |
|---|---|---|---|---|---|---|---|
| 11-08-15 | JONES, ROBERT | JVCPAI-AL | 29.00 | 20.30 | | | 588.70 |

| TERMS: DUE UPON RECEIPT | | TOTAL | $588.70 |
| Questions About Your Account:   Phone: (251) 380-6622 | | | |
| Fax: (251) 380-6625 | | Page: 1 | |

# INVOICE

**Tradesmen International**
*Productivity is Our Priority*

**Please remit payment to:**

**Tradesmen International, LLC**
**PO Box 677807**
**Dallas, TX 75267-7807**

**JVC COATINGS AND FABRICATION LLC**
**1877 SHELTON BEACH ROAD**

**SARALAND, AL 36571**

| | |
|---|---|
| **INVOICE DATE: 11-08-2015** | |
| **INVOICE#: 2649382** | |

**PO#: JVC PO**

Client#: 136600 — MARINE ALABAMA — MKBSL

| WEEK ENDING | EMPLOYEE | POSITION | REGULAR HOURS | REGULAR RATE | OVERTIME HOURS | OVERTIME RATE | AMOUNT |
|---|---|---|---|---|---|---|---|
| 11-08-15 | DUBOSE, WILLIE | JVCPAI-AL | 17.50 | 23.93 | | | 418.78 |
| 11-08-15 | REED, ALGERNON | JVCPAI-AL | 40.00 | 17.40 | 3.50 | 26.10 | 787.35 |

**TERMS: DUE UPON RECEIPT**

| | |
|---|---|
| **TOTAL** | $1,206.13 |

Questions About Your Account:   Phone: (251) 380-6622
Fax: (251) 380-6625

Page: 1

# INVOICE

**Tradesmen International**
*Productivity is Our Priority*

**Please remit payment to:**

**Tradesmen International, LLC**
**PO Box 677807**
**Dallas, TX 75267-7807**

**JVC COATINGS AND FABRICATION LLC**
**1877 SHELTON BEACH ROAD**

**SARALAND, AL 36571**

| INVOICE DATE: 11-08-2015 |
|---|
| INVOICE#: 2650340 |

**PO#: JVC PO**

Client#: 136600  MARINE ALABAMA  MKBSL

| WEEK ENDING | EMPLOYEE | POSITION | REGULAR HOURS | REGULAR RATE | OVERTIME HOURS | OVERTIME RATE | AMOUNT |
|---|---|---|---|---|---|---|---|
| 11-08-15 | GONZALES, MITCHELL | JVCPAI-AL | 18.00 | 20.30 | | | 365.40 |

**TERMS: DUE UPON RECEIPT**

| | TOTAL | $365.40 |
|---|---|---|

Questions About Your Account:  Phone: (251) 380-6622
Fax: (251) 380-6625

Page: 1